

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

  Rachel M. Herrick (Bar No. 191060)
  rachelherrick@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-213

Attorneys for Third-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual,<br><br>Defendants. | CASE NO. 3:08-mc-80083 MHP<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR THIRD-PARTY GOOGLE INC. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD

2  HEREIN:

3    PLEASE TAKE NOTICE of the appearance of Michael T. Zeller and Rachel M.

4  Herrick of Quinn Emanuel Urquhart Oliver & Hedges LLP as counsel for third-party Google Inc.,

5  in the above-captioned action. All pleadings and other papers served on Google Inc. should be

6  directed to the attention of:

7    Michael T. Zeller, Esq.

8    Quinn Emanuel Urquhart Oliver & Hedges, LLP

9    865 South Figueroa Street, 10th Floor

10    Los Angeles, California, 90017-2543

11    Telephone:    (213) 443-3000

12    Facsimile:    (213) 443-3100

13

14    Rachel M. Herrick, Esq.

15    Quinn Emanuel Urquhart Oliver & Hedges, LLP

16    555 Twin Dolphin Drive, Suite 560

17    Redwood Shores, California, 94065-213

18    Telephone:    (650) 801-5000

19    Facsimile:    (650) 801-5100

20

21

22  DATED: April 28, 2008          QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP
23

24
                                    By /s/ Rachel M. Herrick
25                                  Michael T. Zeller (California Bar No. 196417)
                                    Rachel M. Herrick (California Bar No. 191060)
26                                  Attorneys for Third-Party Google Inc.

27

28