1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Michael T. Zeller (Bar No. 196417)
2    michaelzeller@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California 90017-2543
   Telephone:    (213) 443-3000
4  Facsimile:    (213) 443-3100

5    Rachel M. Herrick (Bar No. 191060)
     rachelherrick@quinnemanuel.com
6  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065-213

7
   Attorneys for Third-Party Google Inc.
8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13  CALCAR, INC., a California corporation; and      CASE NO. 3:08-mc-80083 MHP
    AMERICAN CALCAR, INC., a Delaware
14  corporation,                                     CORPORATE DISCLOSURE STATEMENT
                                                     BY THIRD-PARTY GOOGLE INC.
15              Plaintiffs,

16       vs.

17  THE CALIFORNIA CARS INITIATIVE,
    INC., an unknown business entity; and FELIX
18  KRAMER, an individual,

19              Defendants.

20

21

22

23

24

25

26

27

28

1   Pursuant to Federal Rule of Civil Procedure 7.1(a), third-party Google Inc. states
2   that it has no parent corporation, and that no publicly-held corporation owns 10% or more of its
3   stock.

4   DATED:  April 28, 2008          QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP
5

6                                   By /s/ Rachel M. Herrick
7                                      Rachel M. Herrick
                                       Attorneys for Third-Party Google Inc.