1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Michael T. Zeller (Bar No. 196417)
2    michaelzeller@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California  90017-2543
   Telephone:    (213) 443-3000
4  Facsimile:    (213) 443-3100

5    Rachel M. Herrick (Bar No. 191060)
     rachelherrick@quinnemanuel.com
6  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065-213

7
   Attorneys for Third-Party Google Inc.
8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13 | CALCAR, INC., a California corporation; and    | CASE NO. 3:08-mc-80083 MHP
   | AMERICAN CALCAR, INC., a Delaware              |
14 | corporation,                                   | THIRD-PARTY GOOGLE INC.'S
   |                                                | CERTIFICATION AND NOTICE OF
15 |            Plaintiffs,                         | INTERESTED PARTIES
   |                                                |
16 |      vs.                                       |
   |                                                |
17 | THE CALIFORNIA CARS INITIATIVE,                |
   | INC., an unknown business entity; and FELIX    |
18 | KRAMER, an individual,                         |
   |                                                |
19 |            Defendants.                         |

20

21

22

23

24

25

26

27

28

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        Pursuant to <u>Civil Local Rule</u> 3-16(b)(3) of the United States District Court for the

3  Northern District of California, by and through its counsel of record, third-party Google Inc.

4  certifies that it knows of no person or entity other than the named parties to the action that has a

5  financial interest or other interest that could be substantially affected by the outcome of the

6  proceeding.

8  DATED:  April 28, 2008         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

10          By /s/ Rachel M. Herrick
11            Rachel M. Herrick
           Attorneys for Third-Party Google Inc.