1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Michael T. Zeller (Bar No. 196417)
2    michaelzeller@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California  90017-2543
   Telephone:     (213) 443-3000
4  Facsimile:     (213) 443-3100

5   Rachel M. Herrick (Bar No. 191060)
     rachelherrick@quinnemanuel.com
6  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065-213

7
   Attorneys for Third-Party Google Inc.
8

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13 | CALCAR, INC., a California corporation; and | CASE NO. 3:08-mc-80083 MHP
   | AMERICAN CALCAR, INC., a Delaware         |
14 | corporation,                              | NOTICE OF RELATED CASE

15              Plaintiffs,

16       vs.

17 THE CALIFORNIA CARS INITIATIVE,
   INC., an unknown business entity; and FELIX
18 KRAMER, an individual,

19              Defendants.

20

21

22

23

24

25

26

27

28

                                              Case No. 3:08-mc-80083 MHP
                     NOTICE OF RELATED CASE

1  Pursuant to Civil Local Rule 3-12(a) of the United States District Court for the
2  Northern District of California, third-party Google Inc. gives notice that this miscellaneous action
3  is related to the currently pending case in the United States District Court for the Central District
4  of California, titled <u>Calcar, Inc. v. The California Cars Initiative, Inc.</u>, Case No. 8:07-cv-00723-
5  AG (JWJx).

6  DATED: May 2, 2008                           QUINN EMANUEL URQUHART OLIVER &
                                                HEDGES, LLP


                                                By /s/ Rachel M. Herrick
                                                   Rachel M. Herrick
                                                   Attorneys for Third-Party Google Inc.

-2-    Case No. 3:08-mc-80083 MHP
NOTICE OF RELATED CASE