S. ART HASAN, CA Bar No. 167323
art.hasan@cph.com
BRIAN K. BROOKEY, CA Bar No. 149522
brian.brookey@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiffs,
CALCAR, INC. and AMERICAN CALCAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual,<br><br>Defendants. | Case No. 3:08-mc-80083 MHP<br><br>Underlying Civil Action Pending in U.S. District Court for the Central District of California (Civil Action Case No. SACV07-00723)<br><br>**REQUEST FOR RULING ON PLAINTIFF'S MOTION FOR ORDER SHORTENING TIME** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Calcar, Inc. and American Calcar, Inc. (collectively, "Calcar") request that the Court issue a ruling on Calcar's Motion for Order Shortening Time in which to have heard its Motion to Compel Google, Inc. to appear for deposition. This request is based on the following facts.

1. On April, 18, 2008, Calcar opened this miscellaneous matter and filed and served its motion to compel against Google, Inc. ("Google"). [*See* Docket Entries 1 and 2].

2. Concurrently with filing its motion to compel, Calcar filed and served a motion for order shortening time, requesting that all briefs be filed by April 30, 2008, and that the Court conduct a hearing on Calcar's motion on May 2, 2008, rather than on May 23, 2008, as originally noticed. [*See* Docket Entries 3 and 4.]

3. This miscellaneous case ultimately was assigned to the Honorable Marilyn Patel.

4. Google did not stipulate to shorten time, or to a briefing schedule. However, Google also never filed an opposition to Calcar's motion for an order shortening time (which under Local Rule 6-3(c) was due April 23, 2008). As a result, Calcar's motion to shorten time is unopposed.

5. On May 2, 2008, Google filed its papers opposing Calcar's motion to compel. [*See* Docket Entries 12, 14.] Concurrently with this request, Calcar is filing its reply papers in further support of its motion to compel. Thus, Calcar's motion is now fully briefed.

5. Google filed an untimely motion for protective order on May 2, 2008, which is set for hearing on June 9, 2008. [*See* Docket Entry 13.] Google did not file a motion for an order shortening time with regard to its motion (which will be moot if the Court grants Calcar's motion to compel).

6. The discovery cut-off in the underlying case in which the subpoena on Google was served is May 19, 2008.

7. Therefore, Calcar requests that the Court grant its pending, unopposed motion for an order shortening time, and that it set a hearing on

Request for Ruling on Motion for Order Shortening Time
Case No. 3:08-mc-80083 MHP
-2-

CHRISTIE, PARKER & HALE, LLP

Calcar's motion to compel for May 12, 2008 at 2:00 p.m. A revised proposed order is lodged concurrently with this request.

DATED: May 6, 2008

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _____
Brian K. Brookey

Attorneys for Plaintiffs,
CALCAR, INC. and AMERICAN CALCAR, INC.

SCL PAS793185.1-*-05/6/08 11:11 AM

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |

3  I certify that on May 6, 2008, I electronically filed the document described as **REQUEST FOR RULING ON PLAINTIFF'S MOTION FOR ORDER SHORTENING TIME** with the Clerk of the Court using the ECF system which will send notification of such filing to the parties. I further certify that I have mailed a true copy of the above document via U.S. Mail to the non-ECF participants addressed as follows:

Michael Thomas Zeller
Quinn Emanuel Urquhart Oliver
& Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017


/s/ _____
Susan Lovelace

CHRISTIE, PARKER & HALE, LLP

| | |
|---|---|
| 1 | S. ART HASAN, CA Bar No. 167323 |
| | art.hasan@cph.com |
| 2 | BRIAN K. BROOKEY, CA Bar No. 149522 |
| | brian.brookey@cph.com |
| 3 | G. WARREN BLEEKER, CA Bar No. 210834 |
| | warren.bleeker@cph.com |
| 4 | CHRISTIE, PARKER & HALE, LLP |
| | 350 West Colorado Boulevard, Suite 500 |
| 5 | Post Office Box 7068 |
| | Pasadena, California 91109-7068 |
| 6 | Telephone: (626) 795-9900 |
| | Facsimile: (626) 577-8800 |
| 7 | |
| 8 | Attorneys for Plaintiffs, |
| | CALCAR, INC. and AMERICAN |
| | CALCAR, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware corporation, <br><br>Plaintiffs, <br><br>vs. <br><br>THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual, <br><br>Defendants. | Case No. 3:08-mc-80083 MHP <br><br>Underlying Civil Action Pending in U.S. District Court for the Central District of California (Civil Action Case No. SACV07-00723) <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SHORTEN TIME** <br><br>DATE: May 12, 2008 <br>TIME: 2:00 p.m. <br>CTRM: 15 <br><br>Hon. Marilyn Patel |

The Court having read and considered the papers supporting the unopposed motion of Plaintiffs Calcar, Inc. and American Calcar, Inc. ("Calcar") to shorten the time for this Court to hear Plaintiffs' Motion to Compel Federal Rule of Civil Procedure 30(b)(6) testimony from third party Google, Inc. ("Google"), and good cause appearing,

[Proposed] Order Granting Motion to Shorten Time
Case No. 3:08-mc-80083 MHP

-1-

-2-

1   **IT IS ORDERED**, that Calcar's motion is granted, and that the hearing on
2   Calcar's fully-briefed Motion to Compel be advanced from May 23, 2008 to
3   May 12, 2008 at 2:00 p.m. .
4
5
6   DATED: _____        _____
7                                U.S. District Court Judge
8   SCL PAS793197.1-*-05/6/08 12:10 PM
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  [Proposed] Order Granting Motion to Shorten Time
    Case No. 3:08-mc-80083 MHP

-2-

# CERTIFICATE OF SERVICE

I certify that on May 6, 2008, I electronically filed the document described as **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ORDER SHORTENING TIME** with the Clerk of the Court using the ECF system which will send notification of such filing to the parties. I further certify that I have mailed a true copy of the above document via U.S. Mail to the non-ECF participants addressed as follows:

Michael Thomas Zeller
Quinn Emanuel Urquhart Oliver
& Hedges LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017


/s/ _____
Susan Lovelace

CHRISTIE, PARKER & HALE, LLP