|   |   |
|---|---|
| 1 | S. ART HASAN, CA Bar No. 167323 |
|   | art.hasan@cph.com |
| 2 | BRIAN K. BROOKEY, CA Bar No. 149522 |
|   | brian.brookey@cph.com |
| 3 | G. WARREN BLEEKER, CA Bar No. 210834 |
|   | warren.bleeker@cph.com |
| 4 | CHRISTIE, PARKER & HALE, LLP |
|   | 350 West Colorado Boulevard, Suite 500 |
| 5 | Post Office Box 7068 |
|   | Pasadena, California 91109-7068 |
| 6 | Telephone: (626) 795-9900 |
|   | Facsimile: (626) 577-8800 |
| 7 |   |
|   | Attorneys for Plaintiffs, |
| 8 | CALCAR, INC. and AMERICAN CALCAR, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual,<br><br>　　　　　Defendants. | Case No. 3:08-mc-80083 MHP<br><br>Underlying Civil Action Pending in U.S. District Court for the Central District of California (Civil Action Case No. SACV07-00723)<br><br>**CERTIFICATE OF SERVICE** |

Certificate of Service
Case No. 3:08-mc-80083 MHP

-1-

CHRISTIE, PARKER & HALE, LLP

-2-

1       I certify that on May 6, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing documents described as:

    1.    Reply Memorandum in Support of Plaintiffs' Motion to Compel Rule 30(B)(6) Deposition Testimony from Third Party Google, Inc.;

    2.    Supplemental Declaration of G. Waren Bleeker in Support of Plaintiffs' Motion to Compel Rule 30(B)(6) Deposition Testimony from Third Party Google, Inc.;

    3.    Request for Ruline on Plaintiff's Motion for Order Shortening Time; and

    4.    [Proposed] Order Granting Plaintiffs' Unopposed Motion to Shorten Time.

were served on the following parties via facsimile and by U.S. Mail addressed as follows:

| William C. Rooklidge | Bobby A. Ghajar |
| Russell B. Hill | HOWREY LLP |
| HOWREY LLP | 550 South Hope St., Ste 1100 |
| 4 Park Plaza, Suite 1700 | Los Angeles, CA 90071 |
| Irvine, California 92614-8557 | |

      I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

      Executed on May 6, 2008 at Pasadena, California.

_Susan Lovelace_
Susan Lovelace

SCL PAS793297.1-*-05/6/08 3:19 PM

Certificate of Service
Case No. 3:08-mc-80083 MHP

CHRISTIE, PARKER & HALE, LLP

# CERTIFICATE OF SERVICE

I certify that on May 6, 2008, I electronically filed the document described as **CERTIFICATE OF SERVICE.** with the Clerk of the Court using the ECF system which will send notification of such filing to the parties. I further certify that I have mailed a true copy of the above document via U.S. Mail to the non-ECF participants addressed as follows:

> Michael Thomas Zeller
> Quinn Emanuel Urquhart Oliver
> & Hedges LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, CA 90017

/s/ _____
Susan Lovelace

CHRISTIE, PARKER & HALE, LLP