**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11   CALCAR INC et al,                          No. MISC  08-80083 MHP

12            Plaintiff(s),              **REFERRAL ORDER**

13      v.

14   THE CALIFORNIA CARS INITIATIVE INC
     et al,
15

16            Defendant(s).                    /
     _____

17

18          This matter is hereby referred to a magistrate judge for resolution of above-listed motions,

     filed before this court on April 18, 2008.
19

20

21   Dated: 5/6/2008

                                    _____
                                    MARILYN HALL PATEL
22                                  United States District Judge

23

24

25

26

27

28