S. ART HASAN, CA Bar No. 167323
art.hasan@cph.com
BRIAN K. BROOKEY, CA Bar No. 149522
brian.brookey@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiffs,
CALCAR, INC. and AMERICAN CALCAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual,<br><br>Defendants. | Case No. 3:08-mc-80083 MHP<br><br>Underlying Civil Action Pending in U.S. District Court for the Central District of California (Civil Action Case No. SACV07-00723)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SHORTEN TIME<br><br>DATE: ~~May 12,~~ 2008   14<br>TIME: ~~2:00 p.m.~~   1:00 p.m.<br>CTRM: ~~15~~   4, Oakland<br><br>~~Hon. Marilyn Patel~~<br>Magistrate Wayne D. Brazil |

The Court having read and considered the papers supporting the unopposed motion of Plaintiffs Calcar, Inc. and American Calcar, Inc. ("Calcar") to shorten the time for this Court to hear Plaintiffs' Motion to Compel Federal Rule of Civil Procedure 30(b)(6) testimony from third party Google, Inc. ("Google"), and good cause appearing,

-2-

1  **IT IS ORDERED**, that Calcar's motion is granted, and that the hearing on
2  Calcar's fully-briefed Motion to Compel be advanced from May 23, 2008 to
3  ~~May 12, 2008 at 2:00 p.m.~~. Wednesday, May 14, 2008, at 1:00 p.m., before
   Magistrate Judge Wayne D. Brazil, 1301 Clay Street, 3rd
4  Floor, Courtroom 4, Oakland, CA, 94612.
5
6  DATED: May 8, 2008                    _____
7                                          U.S. District Court Judge
                                            Magistrate
8  SCL PAS793197.1-*-05/6/08 12:10 PM

[Proposed] Order Granting Motion to Shorten Time
Case No. 3:08-mc-80083 MHP