1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Michael T. Zeller (Bar No. 196417)
2    michaelzeller@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California  90017-2543
   Telephone:    (213) 443-3000
4  Facsimile:    (213) 443-3100

5    Rachel M. Herrick (Bar No. 191060)
     rachelherrick@quinnemanuel.com
6  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, California 94065-213
7
   Attorneys for Third-Party Google Inc.
8

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  CALCAR, INC., a California corporation; and    CASE NO. 3:08-mc-80083 MHP (WDBx)
    AMERICAN CALCAR, INC., a Delaware
14  corporation,                                    THIRD-PARTY GOOGLE INC.'S MOTION
                                                    TO SHORTEN TIME PURSUANT TO CIVIL
15                Plaintiffs,                       LOCAL RULE 6-3 REGARDING GOOGLE
                                                    INC.'S CROSS-MOTION FOR
16         vs.                                      PROTECTIVE ORDER PRECLUDING A
                                                    DEPOSITION UNDER RULE 30(B)(6)
17  THE CALIFORNIA CARS INITIATIVE,
    INC., an unknown business entity; and FELIX     Date:   May 14, 2008
18  KRAMER, an individual,                          Time:   1:00 pm
                                                    Crtrm.: 4
19                Defendants.

Pursuant to Civil Local Rule 6-3, Third-Party Google Inc. ("Google") hereby seeks an order shortening time for a hearing on Google's Cross-Motion for Protective Order Precluding a Deposition under Fed. R. Civ. P. 30(b)(6), filed May 2, 2008 ("Cross-Motion"). Pursuant to the Civil Local Rules, the first date on which Google's Cross-Motion may be heard is June 6, 2008.[1] Following the referral to United States Magistrate Judge Wayne D. Brazil, and pursuant to the Civil Local Rules, the Court's calendar, and the Court's Scheduling Information, the earliest date on which Google's Cross-Motion may now be heard is Wednesday, June 18, 2008, at 1:30 pm. Because a closely-related motion is being heard on May 14, 2008 at 1:00 pm, Google requests that its Cross-Motion be set for that same day, for the reasons set forth below.

Google's Cross-Motion seeks a protective order precluding a Rule 30(b)(6) deposition of third party Google in connection with the trademark infringement action brought by Plaintiffs Calcar, Inc. and American Calcar, Inc. (collectively, "Calcar") against The California Cars Initiative ("TCCI") and Felix Kramer, currently pending in the United States District Court for the Central District of California.[2]

Pursuant to Local Rule 37-1, counsel for Google and counsel for Calcar have met and conferred regarding both Calcar's Motion to Compel the deposition, and Google's Cross-Motion for a Protective Order precluding the deposition. See Declaration of Rachel M. Herrick in Support of Third-Party Google Inc.'s Motion to Shorten Time, filed herewith ("Herrick Decl."), ¶¶ 3-5. Google made repeated attempts to reach agreement with Calcar on an expedited briefing schedule that would accommodate both Calcar's Motion and Google's Cross-Motion. Calcar's counsel refused to so stipulate, instead demanding that Google agree to brief and argue Calcar's Motion on shortened time, but refusing to extend Google that same courtesy on Google's Cross-Motion. Herrick Decl. ¶¶ 4-5.

---

[1] Google originally noticed the motion for June 9, 2008, to conform to the Calendar and Standing Order of the Hon. Marilyn Hall Patel, from whom this case has now been referred.

[2] Google is not a party to that case, and its only connection to either party is a charitable donation made by Google.org to defendant TCCI, a non-profit organization that develops and promotes hybrid technology for fuel-efficient vehicles.

1    Having been unable to reach agreement on a shortened schedule, Google proceeded with
2 the filing of its Cross-Motion for Protective Order on May 2, 2008. <u>Id.</u> ¶ 6. On May 7, 2008, this
3 miscellaneous action was transferred to this Court. On May 8, 2008, this Court granted Calcar's
4 pending Motion to Shorten Time regarding its Motion to Compel, setting a hearing on Calcar's
5 Motion on May 14, 2008. <u>See</u> Docket No. 20. That same day, counsel for Google emailed
6 counsel for Calcar, Brian Brookey, and requested that Mr. Brookey stipulate to Google's request to
7 shorten time on its Cross-Motion. Herrick Decl. ¶ 7. Calcar refused to so stipulate, and threatened
8 Google's counsel with sanctions if it elected to proceed with Google's request to shorten time. <u>Id.</u>

9    Calcar's Motion and Google's Cross-Motion overlap in many respects, and should be heard
10 together. Both motions concern the central issue of whether this Court should permit Calcar to
11 take third-party Google's deposition. In the interests of judicial economy, Google asks this Court
12 to set Google's Cross-Motion for Protective Order for hearing on the same date it has set Calcar's
13 Motion to Compel, May 14, at 1:00 p.m.

14    It appears that Calcar has already responded to the issues raised in Google's Cross-Motion.
15 <u>See, e.g.</u>, Calcar's Reply in Support of Motion to Compel at 3-5 (Docket No. 16). Nevertheless, if
16 Calcar wishes to submit further briefing in opposition to Google's Cross-Motion, it should be
17 ordered to do so by May 12. Google can file its reply papers (if any) on May 13.

18    There has been one previous modification of time in this miscellaneous action, by Court
19 order, setting the hearing date on Calcar's Motion to Compel for May 14, 2008. <u>See</u> Docket No.
20 20. No further modifications to the current schedule would be required if Google's instant motion
21 to shorten time is granted. For the foregoing reasons, Google respectfully requests that the Court
22 enter an Order Shortening Time for the Court to hear Google's Cross-Motion for Protective Order
23 Precluding a Deposition under Fed. R. Civ. P. 30(b)(6).

24 DATED: May 8, 2008              QUINN EMANUEL URQUHART OLIVER &
25                                 HEDGES, LLP

26
                                   By /s/ Rachel M. Herrick
27                                    Rachel M. Herrick
                                      Attorneys for Third-Party Google Inc.
28

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Rachel M. Herrick (Bar No. 191060)
  rachelherrick@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-213

Attorneys for Third-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual,<br><br>Defendants. | CASE NO. 3:08-mc-80083 MHP (WDBx)<br><br>DECLARATION OF RACHEL M. HERRICK IN SUPPORT OF THIRD-PARTY GOOGLE INC.'S MOTION TO SHORTEN TIME PURSUANT TO CIVIL LOCAL RULE 6-3 REGARDING GOOGLE INC.'S CROSS-MOTION FOR PROTECTIVE ORDER PRECLUDING A DEPOSITION UNDER RULE 30(B)(6)<br><br>Date: May 14, 2008<br>Time: 1:00 pm<br>Crtrm.: 4 |

21957/2499447.1

Case No. 3:08-mc-80083 MHP (WDBx)
DECLARATION OF RACHEL M. HERRICK IN SUPPORT OF THIRD-PARTY GOOGLE INC.'S MOTION TO SHORTEN TIME

I, Rachel M. Herrick, declare as follows:

1. I am a member of the bar of the State of California and an attorney with Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel for Third Party Defendant Google Inc. ("Google") in this miscellaneous action. I make this declaration of my personal and firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration pursuant to Civil Local Rule 6-3 and in support of Third Party Google Inc.'s Motion to Shorten Time Pursuant to Civil Local Rule 6-3 Regarding Google Inc.'s Cross-Motion for Protective Order Precluding a Deposition Under Rule 30(b)(6).

3. On Friday, April 25, 2008, I called Calcar's counsel Warren Bleeker to meet and confer. Mr. Bleeker did not answer, so I left a detailed voicemail explaining that Google wished to continue meet-and-confer efforts regarding the deposition subpoena Calcar had served upon Google. I further advised Mr. Bleeker that Google intended to cross-move for a protective order precluding the deposition.

4. On Monday, April 28, 2008, Mr. Bleeker and another of Calcar's attorneys, Brian Brookey, returned my call. During that call, we discussed Calcar's need to have its motion heard on shortened time. I stated that Google was willing to agree to Calcar's request for shortened time. I offered to agree to an abbreviated briefing schedule on Calcar's Motion to Compel and on Google's Cross-Motion for Protective Order that would have all briefing completed by May 9, 2008. Mr. Brookey and Mr. Bleeker refused to agree to those dates during our call, because they wanted the briefing to be completed earlier than May 9.

5. I next spoke with Mr. Brookey and Mr. Bleeker on May 1, 2008. During that call, I offered an even more abbreviated briefing schedule on Calcar's Motion to Compel and on Google's Cross-Motion for Protective Order that would have all briefing completed by Wednesday, May 7, 2008. Mr. Brookey and Mr. Bleeker rejected this offer as well, instead demanding that Google agree to brief and argue Calcar's Motion on shortened time, but refusing to extend Google that same courtesy on Google's Cross-Motion. Mr. Brookey further insisted that Google refrain from filing its Cross-Motion for Protective Order.

21957/2499447.1

-2-   Case No. 3:08-mc-80083 MHP (WDBx)
DECLARATION OF RACHEL M. HERRICK IN SUPPORT OF THIRD-PARTY GOOGLE INC.'S MOTION TO SHORTEN TIME

6. Having been unable to reach agreement on a shortened time schedule, Google proceeded with the filing of its Cross-Motion for Protective Order on May 2, 2008, simultaneously with the filing of Google's Opposition to Calcar's Motion to Compel.

7. On May 8, 2008, shortly after I learned that this Court had granted Calcar's Motion to Shorten Time and set a hearing on Calcar's Motion to Compel for May 14, 2008, I emailed Mr. Brookey, and requested that Mr. Brookey stipulate to Google's request to shorten time on its then-pending Cross-Motion for Protective Order. Mr. Brookey sent me an email in response, refusing to so stipulate, and threatening to seek sanctions against my firm and Google if we elected to proceed with Google's request to shorten time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed May 8, 2008 at Redwood Shores, California.

_____
Rachel M. Herrick

|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |
| 8   | UNITED STATES DISTRICT COURT |
| 9   | NORTHERN DISTRICT OF CALIFORNIA |
| 10  | OAKLAND DIVISION |

| | |
|---|---|
| CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual,<br><br>        Defendants. | CASE NO. 3:08-mc-80083 MHP (WDBx)<br><br>[PROPOSED] ORDER GRANTING THIRD-PARTY GOOGLE INC.'S MOTION TO SHORTEN TIME PURSUANT TO CIVIL LOCAL RULE 6-3 REGARDING GOOGLE INC.'S CROSS-MOTION FOR PROTECTIVE ORDER PRECLUDING A DEPOSITION UNDER RULE 30(B)(6)<br><br>Date:    May 14, 2008<br>Time:   1:00 pm<br>Crtrm.:  4 |

1 | The Court has considered the Motion to Shorten Time Pursuant to Civil Local Rule 6-3 Regarding Google Inc.'s Cross-Motion for Protective Order Precluding a Deposition Under Rule 30(b)(6), submitted by Third-Party Google Inc., and all supporting papers. Good cause appearing, the Court GRANTS Google Inc.'s Motion to Shorten Time. Google's Cross-Motion for Protective Order Precluding a Deposition Under Rule 30(b)(6) is set for hearing on May 14, 2008, at 1:00 pm, concurrently with the Motion to Compel submitted by Plaintiffs Calcar, Inc. and American Calcar, Inc.

**IT IS SO ORDERED.**

DATED: May ___, 2008

By_____
Hon. Wayne D. Brazil
United States Magistrate Judge