1  **S. ART HASAN, CA Bar No. 167323**
   art.hasan@cph.com
2  **BRIAN K. BROOKEY, CA Bar No. 149522**
   brian.brookey@cph.com
3  **G. WARREN BLEEKER, CA Bar No. 210834**
   warren.bleeker@cph.com
4  **CHRISTIE, PARKER & HALE, LLP**
   **350 West Colorado Boulevard, Suite 500**
5  **Post Office Box 7068**
   **Pasadena, California 91109-7068**
6  **Telephone: (626) 795-9900**
   **Facsimile: (626) 577-8800**
7
   Attorneys for Plaintiffs,
8  CALCAR, INC. and AMERICAN
   CALCAR, INC.
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12 | CALCAR, INC., a California          | Case No.  3:08-MC-80083 MHP
   | corporation; and AMERICAN            | (WDBx)
13 | CALCAR, INC., a Delaware corporation,|
   |                                      | PLAINTIFFS' CONDITIONAL NON-
14 |              Plaintiffs,             | OPPOSITION TO GOOGLE'S
   |                                      | MOTION TO SHORTEN TIME FOR
15 |          vs.                         | ITS MOTION FOR A PROTECTIVE
   |                                      | ORDER
16 | THE CALIFORNIA CARS                  |
   | INITIATIVE, INC., an unknown         |
17 | business entity; and FELIX KRAMER,   |
   | an individual,                       |
18 |                                      |
   |              Defendants.             |
19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

1    Google's request to shorten time is untimely, and Google failed to identify

2    any harm or prejudice that would occur if the Court does not shorten time, in

3    violation of Local Civil Rule 6-3(a)(3).  However, because the issues involved in

4    Calcar's[1] motion to compel and Google's motion for protective order are fairly

5    simple and overlapping, Calcar conditionally does not oppose Google's motion to

6    shorten time, so long as Calcar has an opportunity to file an opposition to

7    Google's motion for protective order by Monday, May 12.  Calcar does not

8    believe any further briefing would be necessary prior to the May 14 hearing.

9    If Google had truly wanted its motion for protective order to be heard on

10   May 14, it would have filed its motion for protective order prior to May 2, and it

11   would have moved to shorten time prior to 11:42 pm on May 8.  Google was

12   served with the deposition subpoena at issue on *March 18*.  Google did not

13   comply with the subpoena, and refused to appear for its April 7 deposition.

14   Calcar filed its motion to compel on April 18, along with a motion to shorten

15   time.  Google did not oppose the motion to shorten time.

16   Google waited until May 2, in conjunction with its opposition to Calcar's

17   motion to compel, to file its own motion for protective order, but did not seek an

18   order shortening time for its motion for protective order.  Thus, Google

19   effectively consented to having its motion heard (if at all) after the hearing on

20   Calcar's motion.  Only after this Court granted Calcar's unopposed motion to

21   shorten time, and set Calcar's motion to compel for hearing on May 14, did

22   Google seek an order shortening time on its motion for a protective order.

23   Yesterday, May 8, when Google proposed shortening time on its motion,

24   Google demanded that Calcar give up its right to oppose the motion altogether,

25   while at the same time insisting that Google be permitted a reply.  Calcar declined

26   to give up its right to oppose Google's motion.  Google apparently softened its

27   [1] Plaintiffs Calcar, Inc. and American Calcar Inc. are referred to collectively as

28   "Calcar."

CHRISTIE, PARKER & HALE, LLP

stance as it drafted its moving papers and now recognizes Calcar's right to file an opposition.

Despite Google's untimeliness, failure to properly meet and confer, and failure to identify harm or prejudice, Calcar will not oppose the motion so long as Calcar may file an opposition to the motion for protective order by Monday, May 12. Calcar believes no reply brief is necessary, because all of the issues will have been thoroughly briefed by that time. There is no need to overburden the Court with duplicative, last-minute briefing on these very simple issues.

DATED: May 9, 2008                          Respectfully submitted,

                                            CHRISTIE, PARKER & HALE, LLP


                                            By _____
                                                G. Warren Bleeker

                                                Attorneys for Plaintiffs,
                                                CALCAR, INC. and AMERICAN
                                                CALCAR, INC.

GWB PAS793958.1-*-05/9/08 12:16 PM

-2-

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2008, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as PLAINTIFFS' CONDITIONAL NON-OPPOSITION TO GOOGLE'S MOTION TO SHORTEN TIME FOR ITS MOTION FOR A PROTECTIVE ORDER was served on the parties in this action by e-mail addressed as follows:

| | |
|---|---|
| William C. Rooklidge | Bobby A. Ghajar |
| Russell B. Hill | Eric Moore |
| HOWREY LLP | HOWREY LLP |
| 4 Park Plaza, Suite 1700 | 550 South Hope St., Ste 1100 |
| Irvine, California  92614-8557 | Los Angeles, CA  90071 |
| **RooklidgeW@Howrey.com** | **GhajarB@Howrey.com** |
| **HillR@Howrey.com** | **MooreE@Howrey.com** |

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on May 9, 2008 at Pasadena, California.

_Sonia Casas_

Sonia Casas

CHRISTIE, PARKER & HALE, LLP