1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11   CALCAR, INC., a California corporation; and        CASE NO. 3:08-mc-80083 MHP (WDBx)
     AMERICAN CALCAR, INC., a Delaware
12   corporation,                                       [PROPOSED] ORDER GRANTING THIRD-
                                                        PARTY GOOGLE INC.'S MOTION TO
13                  Plaintiffs,                          SHORTEN TIME PURSUANT TO CIVIL
                                                        LOCAL RULE 6-3 REGARDING GOOGLE
14        vs.                                           INC.'S CROSS-MOTION FOR
                                                        PROTECTIVE ORDER PRECLUDING A
15   THE CALIFORNIA CARS INITIATIVE,                    DEPOSITION UNDER RULE 30(B)(6)
     INC., an unknown business entity; and FELIX
16   KRAMER, an individual,                             Date:    May 14, 2008
                                                        Time:    1:00 pm
17                  Defendants.                          Crtrm.:  4

18

19

20

21

22

23

24

25

26

27

28

1        The Court has considered the Motion to Shorten Time Pursuant to Civil Local Rule 6-3

2   Regarding Google Inc.'s Cross-Motion for Protective Order Precluding a Deposition Under Rule

3   30(b)(6), submitted by Third-Party Google Inc., and all supporting papers.  Good cause appearing,

4   the Court GRANTS Google Inc.'s Motion to Shorten Time.  Google's Cross-Motion for Protective

5   Order Precluding a Deposition Under Rule 30(b)(6) is set for hearing on May 14, 2008, at 1:00

6   pm, concurrently with the Motion to Compel submitted by Plaintiffs Calcar, Inc. and American

7   Calcar, Inc.  Plaintiffs' Opposition to Google's Cross-Motion for Protective Order is due by no later

than <u>4:30 p.m.</u> on Monday, May 12, 2008.  If Google chooses to file a Reply, it must

8   do so by no later than <u>noon</u> on Tuesday, May 13, 2008.

9   **IT IS SO ORDERED.**

10

11  DATED:  May __9__, 2008

12

13  By_____

14  Hon. Wayne D. Brazil
    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING THIRD-PARTY GOOGLE INC.'S MOTION TO SHORTEN TIME