ART HASAN, CA Bar No. 167323
art.hasan@cph.com
BRIAN K. BROOKEY, CA Bar No. 149522
brian.brookey@cph.com
G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiffs,
CALCAR, INC. and AMERICAN CALCAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual,<br><br>Defendant(s). | Case No. 3:08-MC-80083 MHP (WDBx)<br><br>**CERTIFICATE OF SERVICE** |

CHRISTIE, PARKER & HALE, LLP

## CERTIFICATE OF SERVICE

I certify that on May 12, 2008, I electronically filed the documents described as **(1) PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION FOR A PROTECTIVE ORDER; and (2) DECLARATION OF G. WARREN BLEEKER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE'S MOTION FOR A PROTECTIVE ORDER** with the Clerk of the Court using the ECF system which will send notification of such filing to the parties. I further certify that I have mailed a true copy of the above document via U.S. Mail to the non-ECF participants addressed as follows:

Michael Thomas Zeller
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street
10th Floor
Los Angeles, Ca  90017


/s/
Susan Lovelace

SCL PAS794325.1-*-05/12/08 3:12 PM

CHRISTIE, PARKER & HALE, LLP