UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: May 14, 2008                Time: 1:00 p.m.

DOCKET NO.        C 08-mc-80083 MHP (WDB)
TITLE OF CASE     *Calcar, Inc. v. the California Cars Initiative*

ATTORNEY(S)       For Plaintiff:  Brian Brookey, Esq.

                  For Defendant:  Rachel Herrick, Esq.


TAPE NO.: FTR 5/14/08 1:00 p.m.   (X) In Person  ( X ) Telephonic

PROCEEDINGS

[] INITIAL STATUS CONFERENCE            [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE          [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)           [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE            [X] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)   [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)      [] EVIDENTIARY HEARING
[] OTHER:


ORDER TO BE PREPARED BY:  () Plaintiff    () Defendant    (x) Court


**NOTES**
     Court heard argument on Plaintiff's Motion to Compel and third party Google, Inc.'s Motion for Protective Order.   See later-filed separate order.

1