1   **ART HASAN, CA Bar No. 167323**
    art.hasan@cph.com
2   **BRIAN K. BROOKEY, CA Bar No. 149522**
    brian.brookey@cph.com
3   **G. WARREN BLEEKER, CA Bar No. 210834**
    warren.bleeker@cph.com
4   **CHRISTIE, PARKER & HALE, LLP**
    **350 West Colorado Boulevard, Suite 500**
5   **Post Office Box 7068**
    **Pasadena, California 91109-7068**
6   **Telephone: (626) 795-9900**
    **Facsimile: (626) 577-8800**
7
    Attorneys for Plaintiffs,
8   CALCAR, INC. and AMERICAN CALCAR, INC.

9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13
    CALCAR, INC., a California corporation;        Case No. 3:08-MC-80083 MHP (WDBx)
14  and AMERICAN CALCAR, INC., a
    Delaware corporation,                          Underlying Civil Action Pending in U.S.
15                                                  District Court for the Central District of
                    Plaintiff(s),                  California (Civil Action Case No. SACV07-
16                                                  00723)
            vs.
17                                                  **DECLARATION OF G. WARREN**
    THE CALIFORNIA CARS INITIATIVE,                 **BLEEKER IN SUPPORT OF**
18  INC., an unknown business entity; and           **PLAINTIFFS' MOTION TO COMPEL**
    FELIX KRAMER, an individual,                    **DEPOSITION TESTIMONY OF THIRD**
19                                                  **PARTY DAVE BAGSHAW**
                    Defendant(s).
20                                                  **DATE:      August 6, 2008**
                                                    **TIME:      4:00 p.m.**
21                                                  **CTRM:      4, 3rd Floor**

22                                                  **Honorable Wayne D. Brazil**

23

24

25          I, G. Warren Bleeker, declare and state as follows:

26          1.     I am an attorney with the law firm Christie, Parker & Hale, LLP , counsel for

27  Plaintiffs in this Action, and am admitted to practice before the Federal District Courts for the

28  Central and Northern Districts of California.  I have personal knowledge of the contents of this

1   declaration and, if called as a witness, could and would competently testify thereto.

2       2.    On June 19, 2008, I met and conferred with James Pistorino, Dave Bagshaw's

3   counsel, regarding the deposition of Mr. Bagshaw.

4       3.    Attached hereto as Exhibit A are true and correct copies of the proof of personal

5   service on Mr. Bagshaw of the subpoena and check for witness fees and mileage that occurred

6   on May 23, 2008.

7       4.    Mr. Bagshaw did not respond for nearly two weeks after being served the

8   subpoena. Mr. Bagshaw's counsel, Mr. Pistorino, sent a letter to me on June 5, 2008. Attached

9   hereto as Exhibit B is a true and correct copy of the June 5, 2008 letter from Mr. Pistorino.

10      5.    Attached hereto as Exhibit C is a true and correct copy of pages from The

11  California Cars Initiative ("TCCI") web site accessed on June 24, 2008.

12      6.    Attached hereto as Exhibit D are true and correct copies of emails from 2006

13  and 2007 showing Mr. Bagshaw's email address as dbagshaw@calcars.org and his alternate

14  email address as bagshaw2@gmail.com.

15      7.    An electronic search of the documents produced by Defendants for Mr.

16  Bagshaw's name indicates the documents contain over 585 separate instances where his name is

17  mentioned.

18      8.    Attached hereto as Exhibit E is a true and correct copy of an email string

19  between Mr. Pistorino and me. Mr. Pistorino did not "respond in due course" before Mr.

20  Bagshaw's June 17 deposition date.

21      9.    On June 19, at the deposition of Ronald Gremban, I asked Mr. Pistorino whether

22  he would propose an alternate date for Mr. Bagshaw's deposition. He refused to provide an

23  alternate date.

24      10.    Attached hereto as Exhibit F is a true and correct copy of a letter sent to me by

25  Mr. Pistorino on June 24, 2008. Mr. Pistorino's letter makes false accusations regarding my

26  conduct during the deposition of Ronald Gremban. At no time during the deposition did I

27  laugh at the witness. During that deposition, Mr. Pistorino made numerous speaking objections

28  and instructed the witness not to answer questions based on a claim of attorney client privilege

-2-

1  regarding information shared with multiple third parties.

2      11.    Attached hereto as Exhibit G is a true and correct copy of a letter I sent to Mr.

3  Pistorino on June 12, 2008.

4

5      I declare under penalty of perjury under the laws of the United States of America that

6  the foregoing is true and correct. This declaration is executed on June 26, 2008 in San

7  Francisco, California.

8

9

10                                 G. Warren Bleeker

11

12      PJO PAS800717.1-*-06/26/08 4:51 PM

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008 I electronically filed the document described as DECLARATION OF G. WARREN BLEEKER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEPOSITION TESTIMONY OF THIRD PARTY DAVE BAGSHAW with the Clerk of the Court using the ECF system which will send notification of such filing to the parties. I further certify that I have served a true copy of the paper via electronic mail to the non-ECF participants as follows:

William C. Rooklidge
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California 92614-8557

e-mail: rooklidgew@howrey.com

James Pistornio
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303

e-mail: pistorinoj@howrey.com


            /s/Betty L. Venuti
                Betty L. Venuti

EXHIBIT A

| *Attorney or Party without Attorney:* | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| CHRISTIE, PARKER & HALE<br>350 W. COLORADO BLVD.<br>SUITE: #500<br>PASADENA, CA 91105<br>*Telephone No:* 626 795-9900     *FAX No:* 626 577-8800 | | | | | |

| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>99605 |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*

  United States District Court Northern District Of California

*Plaintiff:* CALCAR, INC., AMERICAN CALCAR, INC., et al.

*Defendant:* THE CALIFORNIA CARS INITIATIVE, INC., et al.

| **PROOF OF SERVICE**<br>**SUBPOENA IN A CIVIL** | *Hearing Date:*<br>Tue, Jun. 17, 2008 | *Time:*<br>9:30AM | *Dept/Div:* | *Case Number:*<br>SACV07-00723 AG |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION OF DAVE BAGSHAW

3.  a. *Party served:*                          DAVE BAGSHAW

4. *Address where the party was served:*          49 PARKER AVENUE
                                                   ATHERTON, CA 94027

5. *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 27, 2008 (2) at: 6:15PM
    b. *I received this subpena for service on:*          Friday, May 23, 2008

6. *Witness fees were offered or demanded, and paid:*      $83.80

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. DAVID NORIEGA
    b. **CORPORATE LEGAL SERVICES**          d.  *The Fee for Service was:*
       PO BOX 27975, Registration # 2296          e.  I am: (3)  registered California process server
       LOS ANGELES, CA 90027                          (i)  Independent Contractor
    c. 213 202-6030, FAX 213 202-6045                  (ii)  *Registration No.:*      1028
                                                       (iii) *County:*               Santa Clara
                                                       (iv) *Expiration Date:*       Fri, Jan. 16, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Thu, May. 29, 2008

   Judicial Council Form                    PROOF OF SERVICE                                 (DAVID NORIEGA)
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUBPOENA IN A CIVIL                              32518.chrpa.32518

                              EXHIBIT A
                              PAGE 4

TAX DEDUCTIBLE ITEM ➡ ☐

45634

**COUNTY LEGAL & NOTARY SERVICE**
(408) 295-2700
255 N. MARKET STREET, SUITE 246
SAN JOSE, CA 95110

05/27/2008    90-78-1211

Dave Bagshaw

Eighty-three and 80/100

THIS PAYMENT 83 80

BALANCE

DEPOSIT

BAL FWD

**BANK OF THE WEST**
1-800-488-2265

8 5333

⑈045634⑈ ⑆121100782⑆ 003004321⑈    **NOT NEGOTIABLE**

EXHIBIT A
PAGE 5

# EXHIBIT B

**HOWREY**LLP

Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
www.howrey.com

**James C. Pistorino**
Partner
T 650.798.3580
F 650.798.3600
PistorinoJ@howrey.com

June 5, 2008

FILE: 08085.0214.000000

**VIA E-MAIL & U.S. MAIL**
**warren.bleeker@cph.com**

G. Warren Bleeker, Esq.
CHRISTIE PARKER HALE LLP
350 W. Colorado Blvd., Suite 500
Pasadena, CA 91105

Re:     *Calcar, Inc., et al. v. The California Cars Initiative, et al.*
        U.S.D.C. C.D. Cal. Case No. SACV 07-00723 AG (MLGx)

Dear Mr. Bleeker:

I represent Mr. Dave Bagshaw in regard to the subpoena dated May 23, 2008 sent to him by the plaintiffs in the above-referenced action. The subpoena demands that Mr. Bagshaw appear at a deposition scheduled for June 17, 2008 at 9:30 am.

As an initial matter, it does not appear that service on Mr. Bagshaw was proper. At a minimum, it appears that no witness fees or mileage fees were provided with the subpoena. Accordingly, service was improper. In addition, Mr. Bagshaw objects to the subpoena because he is unavailable on June 17 due to a previous commitment. Finally, Mr. Bagshaw objects to the subpoena on the grounds that it is unduly burdensome in light of the fact that Mr. Bagshaw does not appear to have any relevant information.

Sincerely,

James Pistorino

JCP:lmh


EXHIBIT B
PAGE 6

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MADRID  MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

DM_US:21271189_1

EXHIBIT C



# CalCars
## THE CALIFORNIA CARS INITIATIVE — 100+ MPG Hybrids



About CalCars

Plug-In Hybrids

Take Action

News and Events

Contact Us

### CEO/Entrepreneur/Engineer Dave Bagshaw is CalCars' New Senior Advisor

Dec 6, 2006 (From the CalCars-News archive)

Dave Bagshaw, a long-time Silicon Valley entrepreneur, has signed on as a Senior Advisor to CalCars. He will be actively involved in shaping key initiatives of the non-profit start-up, including possible organization of a spin-of for-profit company. Bagshaw was VP of Marketing at Silicon Graphics in its early high-growth days. He was Senior Vice President at @Home Networks and Excite@Home. As CEO of Shutterfly in 2003-2004, he helped grow the company to be a leader of the online digital photo and printing industry.(Shutterfly had its IPO in September, 2006.) Bagshaw has Masters degrees in business and mechanical engineering from Stanford; as part of his thermosciences focus, he worked on design of a low emissions automobile engine design.

CalCars Founder Felix Kramer said, "Dave has a stellar entrepreneurial, management and technical background. We've been trying to recruit someone with this mix for a long time. Now that car-makers are saying "plug-in hybrids make sense -- but..." and are putting their toes in the water, CalCars' strategies aim to expand and speed up their steps toward commercialization and prove their value and performance. Dave can help make that happen."

Dave Bagshaw said, "My first entrepreneurial experience came as co-founder of a solar and conservation engineering service company, Pacific Sun Inc. Now, after years in technology companies, I decided it was time for me to start working on something that's good for our environment. I really enjoyed my early years in the alternative energy world and I'd like to get back to making a contribution to helping to save the planet. I've been on the sidelines rooting for CalCars progress for a long time. Now I want to help CalCars motivate car-makers to starting building thousands of PHEVs for public and private fleets and early adopters. I'd also like to be first on my block to power my car from my rooftop photovoltaic solar electric system."

**CalCars-News**

This posting originally appeared at CalCars-News, our newsletter of breaking CalCars and plug-in hybrid news. View the original posting here.

Want more? Become a subscriber to CalCars-News:

Email address

[Submit]

Copyright © 2003-06 California Cars Initiative, an activity of the International Humanities Center | Site Map



EXHIBIT C
PAGE 7



*This is the group that assembled Nov 4-12 in Corte Madera to build CalCars PRIUS+ #4 (the 21st conversion). First row: Tom Driscoll, Jack Wiren, Chuck Hursch, Carolyn Coquillette*
*Second row: Ron Gremban, Felix Kramer, "little" Jim Risinger, "big" Jim Philippi, Doug Crowder, Randy Reisinger, Greg "Big Bird" Gilmores, Walt Ferris.*
*Participating but not shown: **Dave Bagshaw**, Donald Crane, Tony Ferro, Casey Hartman, Kevin Lin, Mike Sasnett, Eric Simon, Darren Suprina, Doug Widney.*
*For more details, see the eaa-phev site. **Full-size photo***



EXHIBIT C
PAGE 8



*CalCars hosted startup carmaker* <u>Visionary Vehicles</u> *at meetings in Silicon Valley in July 2007. Those pictured include: CalCars advisor* **Dave Bagshaw**, *Richard Mayer, Real Spirit, Roy Clauss, Seabury Group, Felilx Kramer, Malcolm Bricklin, George Caffrey, Libertas Partners, Marianne McInerney, Visionary Vehicles, Randy Reisinger, CalCars and Ron Gremban, CalCars.* **Full-size photo**



**EXHIBIT** C
**PAGE** 9

EXHIBIT D

# HOWREY LLP

<div align="right">
550 South Hope Street
Suite 1100
Los Angeles, CA 90071-2627
T 213.892.1800
F 213.892.2300
www.howrey.com
</div>

June 11, 2008

<u>VIA E-MAIL</u>

G. Warren Bleeker, Esq.
Christie, Parker & Hale, LLP
350 West Colorado Boulevard, Suite 500
Pasadena, California 91109-7068

Re:    *Calcar, Inc. and American Calcar, Inc. v. The California Cars Initiative and Felix Kramer;* USDC (C.D. Cal.) Case No. SACV 07-00723 AG (MLGx)

Dear Warren:

Pursuant to the Proposed Order filed on June 5, 2008, Defendants hereby provide the attached chart listing the emails that, along with their associated attachments, will remain "Confidential" pursuant to the parties' Protective Order. The remaining emails produced on 12/31/07 and 3/17/08, and their associated attachments, are therefore de-designated pursuant to the Proposed Order.

Please contact me if you have any questions.

Regards,

*Eric Moore*

Eric Moore

Enclosure

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MADRID  MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

DM_US:21203355_1

EXHIBIT D
PAGE 10

| | |
|---|---|
| TCCI 004912 | TCCI 004912 |
| TCCI 004928 | TCCI 004928 |
| TCCI 005193 | TCCI 005193 |
| TCCI 005356 | TCCI 005356 |
| TCCI 005572 | TCCI 005572 |
| TCCI 005583 | TCCI 005583 |
| TCCI 005590 | TCCI 005590 |
| TCCI 005598 | TCCI 005598 |
| TCCI 005617 | TCCI 005617 |
| TCCI 005634 | TCCI 005634 |
| TCCI 005650 | TCCI 005650 |
| TCCI 005700 | TCCI 005700 |
| TCCI 005713 | TCCI 005714 |
| TCCI 005741 | TCCI 005741 |
| TCCI 005806 | TCCI 005806 |
| TCCI 005816 | TCCI 005816 |
| TCCI 005838 | TCCI 005839 |
| TCCI 005840 | TCCI 005840 |
| TCCI 005865 | TCCI 005866 |
| TCCI 005876 | TCCI 005876 |
| TCCI 005884 | TCCI 005884 |
| TCCI 005889 | TCCI 005889 |
| TCCI 005892 | TCCI 005896 |
| TCCI 005897 | TCCI 005902 |
| TCCI 005903 | TCCI 005903 |
| TCCI 005918 | TCCI 005922 |
| TCCI 005923 | TCCI 005924 |
| TCCI 005926 | TCCI 005928 |
| TCCI 006226 | TCCI 006226 |
| TCCI 006252 | TCCI 006252 |
| TCCI 006272 | TCCI 006273 |
| TCCI 006297 | TCCI 006298 |
| TCCI 006316 | TCCI 006320 |
| TCCI 006351 | TCCI 006351 |
| TCCI 007099 | TCCI 007100 |
| TCCI 007180 | TCCI 007184 |
| TCCI 007215 | TCCI 007215 |
| TCCI 007316 | TCCI 007317 |
| TCCI 007450 | TCCI 007450 |
| TCCI 007486 | TCCI 007487 |
| TCCI 007702 | TCCI 007702 |
| TCCI 007924 | TCCI 007925 |
| TCCI 008005 | TCCI 008007 |
| TCCI 008145 | TCCI 008146 |
| TCCI 008315 | TCCI 008315 |
| TCCI 008628 | TCCI 008630 |
| TCCI 008730 | TCCI 008730 |
| TCCI 008803 | TCCI 008803 |
| TCCI 009233 | TCCI 009234 |
| TCCI 009576 | TCCI 009579 |
| TCCI 009585 | TCCI 009586 |
| TCCI 009587 | TCCI 009589 |



EXHIBIT
PAGE

| | |
|---|---|
| TCCI 009596 | TCCI 009596 |
| TCCI 009673 | TCCI 009675 |
| TCCI 009843 | TCCI 009846 |
| TCCI 009848 | TCCI 009848 |
| TCCI 009869 | TCCI 009869 |
| TCCI 009885 | TCCI 009887 |
| TCCI 009892 | TCCI 009892 |
| TCCI 009895 | TCCI 009898 |
| TCCI 010175 | TCCI 010175 |
| TCCI 010335 | TCCI 010335 |
| TCCI 010347 | TCCI 010347 |
| TCCI 010364 | TCCI 010365 |
| TCCI 010518 | TCCI 010519 |
| TCCI 010520 | TCCI 010520 |
| TCCI 010534 | TCCI 010534 |
| TCCI 010577 | TCCI 010577 |
| TCCI 010634 | TCCI 010634 |
| TCCI 010677 | TCCI 010677 |
| TCCI 010776 | TCCI 010776 |
| TCCI 010823 | TCCI 010823 |
| TCCI 010841 | TCCI 010841 |
| TCCI 010848 | TCCI 010848 |
| TCCI 010931 | TCCI 010931 |
| TCCI 010943 | TCCI 010943 |
| TCCI 011368 | TCCI 011368 |
| TCCI 011832 | TCCI 011833 |
| TCCI 011947 | TCCI 011947 |
| TCCI 011948 | TCCI 011948 |
| TCCI 012026 | TCCI 012026 |
| TCCI 012032 | TCCI 012032 |
| TCCI 012127 | TCCI 012127 |
| TCCI 012202 | TCCI 012202 |
| TCCI 012235 | TCCI 012235 |
| TCCI 012358 | TCCI 012360 |
| TCCI 012392 | TCCI 012392 |
| TCCI 012393 | TCCI 012393 |
| TCCI 012451 | TCCI 012451 |
| TCCI 012500 | TCCI 012500 |
| TCCI 012526 | TCCI 012528 |
| TCCI 012603 | TCCI 012604 |
| TCCI 012897 | TCCI 012897 |
| TCCI 012981 | TCCI 012981 |
| TCCI 013025 | TCCI 013026 |
| TCCI 013091 | TCCI 013093 |
| TCCI 013150 | TCCI 013151 |
| TCCI 013210 | TCCI 013212 |
| TCCI 013216 | TCCI 013217 |
| TCCI 013261 | TCCI 013261 |
| TCCI 013262 | TCCI 013262 |
| TCCI 013267 | TCCI 013267 |
| TCCI 013274 | TCCI 013275 |
| TCCI 013284 | TCCI 013288 |



EXHIBIT D
PAGE 12

| | |
|---|---|
| TCCI 013362 | TCCI 013362 |
| TCCI 013367 | TCCI 013367 |
| TCCI 013372 | TCCI 013372 |
| TCCI 013377 | TCCI 013378 |
| TCCI 013412 | TCCI 013414 |
| TCCI 013415 | TCCI 013415 |
| TCCI 013457 | TCCI 013458 |
| TCCI 013463 | TCCI 013463 |
| TCCI 013607 | TCCI 013610 |
| TCCI 013611 | TCCI 013614 |
| TCCI 013625 | TCCI 013627 |
| TCCI 013680 | TCCI 013680 |
| TCCI 014017 | TCCI 014018 |
| TCCI 014063 | TCCI 014063 |
| TCCI 014127 | TCCI 014127 |
| TCCI 014370 | TCCI 014371 |
| TCCI 014552 | TCCI 014552 |
| TCCI 014584 | TCCI 014587 |
| TCCI 014644 | TCCI 014644 |
| TCCI 014646 | TCCI 014646 |
| TCCI 014647 | TCCI 014648 |
| TCCI 014649 | TCCI 014649 |
| TCCI 014650 | TCCI 014651 |
| TCCI 014652 | TCCI 014653 |
| TCCI 014657 | TCCI 014657 |
| TCCI 014658 | TCCI 014658 |
| TCCI 014659 | TCCI 014659 |
| TCCI 014662 | TCCI 014662 |
| TCCI 014676 | TCCI 014677 |
| TCCI 014679 | TCCI 014679 |
| TCCI 014684 | TCCI 014684 |
| TCCI 014783 | TCCI 014783 |
| TCCI 014793 | TCCI 014794 |
| TCCI 014797 | TCCI 014797 |
| TCCI 014808 | TCCI 014810 |
| TCCI 014821 | TCCI 014821 |
| TCCI 015089 | TCCI 015089 |
| TCCI 015109 | TCCI 015110 |
| TCCI 015220 | TCCI 015220 |
| TCCI 015263 | TCCI 015263 |
| TCCI 015446 | TCCI 015448 |
| TCCI 015476 | TCCI 015476 |
| TCCI 015786 | TCCI 015786 |
| TCCI 015802 | TCCI 015803 |
| TCCI 015812 | TCCI 015814 |
| TCCI 015834 | TCCI 015834 |
| TCCI 015898 | TCCI 015898 |
| TCCI 016080 | TCCI 016083 |
| TCCI 016177 | TCCI 016179 |
| TCCI 016345 | TCCI 016345 |
| TCCI 016790 | TCCI 016790 |
| TCCI 017001 | TCCI 017001 |



EXHIBIT D
PAGE 13

| | |
|---|---|
| TCCI 017006 | TCCI 017008 |
| TCCI 017424 | TCCI 017424 |
| TCCI 017466 | TCCI 017466 |
| TCCI 017476 | TCCI 017477 |
| TCCI 017504 | TCCI 017504 |
| TCCI 017505 | TCCI 017505 |
| TCCI 017522 | TCCI 017524 |
| TCCI 017652 | TCCI 017652 |
| TCCI 017664 | TCCI 017664 |
| TCCI 017665 | TCCI 017665 |
| TCCI 018417 | TCCI 018417 |
| TCCI 018479 | TCCI 018479 |
| TCCI 018626 | TCCI 018636 |
| TCCI 018679 | TCCI 018687 |
| TCCI 018728 | TCCI 018728 |
| TCCI 018745 | TCCI 018745 |
| TCCI 018749 | TCCI 018749 |
| TCCI 019009 | TCCI 019010 |
| TCCI 019158 | TCCI 019158 |
| TCCI 019365 | TCCI 019367 |
| TCCI 019370 | TCCI 019370 |
| TCCI 019773 | TCCI 019773 |
| TCCI 019817 | TCCI 019818 |
| TCCI 020095 | TCCI 020096 |
| TCCI 020525 | TCCI 020525 |
| TCCI 020528 | TCCI 020528 |
| TCCI 020618 | TCCI 020618 |
| TCCI 020842 | TCCI 020842 |
| TCCI 020843 | TCCI 020843 |
| TCCI 020855 | TCCI 020855 |
| TCCI 021088 | TCCI 021089 |
| TCCI 021100 | TCCI 021100 |
| TCCI 021162 | TCCI 021162 |
| TCCI 021169 | TCCI 021169 |
| TCCI 021215 | TCCI 021215 |
| TCCI 021313 | TCCI 021313 |
| TCCI 021378 | TCCI 021378 |
| TCCI 021431 | TCCI 021433 |
| TCCI 021434 | TCCI 021435 |
| TCCI 021437 | TCCI 021437 |
| TCCI 021539 | TCCI 021541 |
| TCCI 021569 | TCCI 021569 |
| TCCI 021570 | TCCI 021571 |
| TCCI 021597 | TCCI 021597 |
| TCCI 021655 | TCCI 021655 |
| TCCI 021673 | TCCI 021674 |
| TCCI 021713 | TCCI 021713 |
| TCCI 021967 | TCCI 021967 |
| TCCI 022269 | TCCI 022269 |
| TCCI 022275 | TCCI 022276 |
| TCCI 022419 | TCCI 022423 |
| TCCI 022543 | TCCI 022544 |



EXHIBIT D
PAGE 19

**From:**        Felix Kramer <fkramer@calcars.org>
**Sent:**        Monday, May 7, 2007 11:01 PM
**To:**          Dave Bagshaw <bagshaw2@gmail.com>
**Cc:**          Somekh, Sass <Sass.Somekh@NOVELLUS.com>; Laura Stuchinsky <lstuchinsky@svlg.net>
**Subject:**     Connecting Dave to SVLG PHEV projects

<html>
<body>
<font size=2>Sass and Laura<br><br>
You may have met Dave Bagshaw at the AMD event....he's a senior advisor to CalCars. From CalCars' About page: <br>
</font><b><a href="mailto:dbagshaw@calcars.org">Dave Bagshaw</a></b>, Senior Advisor, an entrepreneur with a background both in technical engineering and business, former CEO of Shutterfly and a senior executive at Excite@Home, @Home Networks and the early Silicon Graphics. See announcement at the <a href="http://www.calcars.org/calcars-news/598.html">CalCars-News Archive</a>. <br><br>

Dave: Sass, retired Novellus CEO, is the man behind Silicon Valley Business Leaders for Alternative Energy <a href="http://www.svoilfree.org/" eudora="autourl">http://www.svoilfree.org/</a> and he can send you the latest version of his paper on PHEV and related initiatives.<br><br>

Dave: Laura, Director, Transportation &amp; Land Use at SVLG, is involved with SVLG's Clean &amp; Green program <a href="http://www.svlg.org/campaigns/cleanandgreen/" eudora="autourl">http://www.svlg.org/campaigns/cleanandgreen/</a> and works closely with Plug-In Bay Area etc.<br><br>

Dave is interested in getting involved in some of the policy initiatives, including working to involve more Silicon Valley companies in PHEVs. Laura, you and I have a long-postponed brainstorming session to have, but things are really busy for the next two weeks (this week I'm in Seattle to Tues, next week in Austin the first half of the week. So i thought perhaps we could get some discussion going online or by Dave coming down to your office or meeting Sass in Menlo Park.<br><br>

Obviously we need to key all of this to the June 1 event, <a href="http://www.svlg.org/events/esummit0601/" eudora="autourl">http://www.svlg.org/events/esummit0601/</a> (which I can't make because I'm speaking at a Stanford Inst for Eco Policy Research event that day).<br><br>

Also, might want to connect in some way with this effort -- Sass, if you don't know about it, you probably should (I'm not sure who James Robbins is connected with at SVLG.<br><br>

<font size=2>Felix,<br>
Thanks for the email. I would be glad to talk and get acquainted. We are already linked into SLVG. I'll be out of town next week, but will give you a call when I return if you give me a number to reach you.<br>

 <br>
Here is a link to more info on the Electronic Transportation Development Center:<br>
<a href="http://www.sjredevelopment.org/etdc.htm">http://www.sjredevelopment.org/etdc.htm</a><br>
 <br>
The link below gives you info on the clean energy technology commercialization work of the Environmental Business Cluster. <br><br>

Best regards,  Jim<br>
 <br>
James Robbins<br>
Executive Director<br>
Environmental Business Cluster<br>
2 N. First St.<br>
San Jose, CA  95113<br>
408-938-3921<br>
jarobbins@aol.com<a href="mip://05b590c0/www.environmentalcluster.org">www</a><a href="mip://05b590c0/www.environmentalcluster.org">.environmentalcluster.org</a><br><br>

</font></body>
</html>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)


EXHIBIT
PAGE 15

TCCI013304

| | |
|---|---|
| **From:** | Felix Kramer <fkramer@calcars.org> |
| **Sent:** | Monday, May 7, 2007 11:07 AM |
| **To:** | jmjheaton@gmail.com |
| **Cc:** | dbagshaw@calcars.org; rgremban@calcars.org |
| **Subject:** | intro John Heaton |

Ron/Dave

I've mentiined John Heaton (cc'd). He comes via Sass Somekh; he's been to 2
Calcars events, visited Andy Frank, has been thinking about the biz oppty.
Can you meet with him? He can send you more about his background. Thanks!

John 408.655.0801
Ron 415.924.9409
Dave 650.867.3693

———
Felix Kramer
Founder, CalCars.org
fixed 650.599.9992  mobile 650.520.5555

<!D2S:felixk@pop.mindspring.com/good/815f177f/>

EXHIBIT D
PAGE 16

| From: | Felix Kramer <fkramer@calcars.org> |
|---|---|
| Sent: | Saturday, April 14, 2007 9:06 AM |
| To: | Dave Bagshaw <bagshaw2@gmail.com> |
| Subject: | The serial entrepreneur I met with/hope you can talk to him |

<html>
<body>
&quot;Mike Cassidy&quot; &lt;mike@michaelcassidy.com&gt;<br><br>
At 09:40 AM 3/25/2007, Mike Cassidy wrote:<br>
<blockquote type=cite class=cite cite=""><font size=2 color="#000080">Hi Felix,<br>
Thanks – I'll email Dave and see if he can meet.<br>
Regards,<br>
Mike <br>
 <br>
<hr>
<div align="center"></font></div>
<font face="Tahoma" size=2><b>From:</b> Felix Kramer [<a href="mailto:fkramer@calcars.org"
eudora="autourl">mailto:fkramer@calcars.org</a>] <br>

<b>Sent:</b> Saturday, March 24, 2007 8:27 PM<br>
<b>To:</b> Mike Cassidy<br>
<b>Cc:</b> 'Felix Kramer'<br>
<b>Subject:</b> RE: serial entrepreneur with solar powered car background<br>
</font><font face="Times New Roman, Times"> <br>
Mike<br><br>
I suspected as much from your email. I return next Sunday; my car won't be back in the Bay Area until later that week. I'd be happy to meet then.<br><br>

If you'd like to move things forward as quickly as possible, I'd also propose as an alternative the possibility that you meet one or two of my team this week...in particular, if he has time,<br>

<b><a href="mailto:dbagshaw@calcars.org">Dave Bagshaw</a></b>, Senior Advisor, an entrepreneur with a background both in technical engineering and business, former CEO of Shutterfly and a senior executive at Excite@Home, @Home Networks and the early Silicon Graphics. See announcement at the <a href="http://www.calcars.org/calcars-news/598.html">CalCars-News Archive</a>. <br><br>

At 04:04 PM 3/24/2007, Mike Cassidy wrote:<br><br>
Hi Felix,<br>
Thanks for you email.  Confidentially, I will likely be moving on from<br>
Xfire/MTV at some point.  MTV/Viacom acquired us nearly 1 year ago.  In<br>
terms of role, I think the first step would be for me to meet your team and<br>
understand the culture/philosophy/skill sets/etc.  I would potentially be<br>
interested in throwing my hat in the ring for a very active role.  If you<br>
are willing, perhaps we could meet after you return on 4/1?  Is there a good<br>
time for you to meet in early April?<br>
Regards,<br>
Mike </font></blockquote><br>
At 04:04 PM 3/24/2007, Mike Cassidy wrote:<br>
<blockquote type=cite class=cite cite="">Hi Felix,<br>
Thanks for you email.  Confidentially, I will likely be moving on from<br>



Xfire/MTV at some point.  MTV/Viacom acquired us nearly 1 year ago.  In<br>
terms of role, I think the first step would be for me to meet your team and<br>
understand the culture/philosophy/skill sets/etc.  I would potentially be<br>
interested in throwing my hat in the ring for a very active role.  If you<br>
are willing, perhaps we could meet after you return on 4/1?  Is there a good<br>
time for you to meet in early April?<br>
Regards,<br>
Mike <br><br>
Mike<br><br>
Thanks for writing. Your background (biz/engineering/startups) is a <br>
good match for what we're looking for. I'd say let's get together <br>
ASAP but I'm going to be on the East Coast March 24-April 1. I'd be <br>
happy to talk by phone.<br><br>
My first question is whether you've got some idea of how you might <br>
want to be involved: in an advisory or more active role, on the tech <br>
or advisory or the &quot;new company&quot; side of things. Are you indefinitely <br>
committed as CEO of Xfire?<br>
</blockquote><br>
At 11:45 AM 3/23/2007, Mike Cassidy wrote:<br>
<blockquote type=cite class=cite cite=""><font size=2>Hi Felix, <br>
I saw you on a Quest TV show last night, and I read more on your website.  My resume is below.  I was on the team that built the Sunraycer in 1987.   I think what you're doing is really cool.  Do you have any interest in talking....?<br>

Regards,<br>
Mike :)</font><br>
 <br>
<font size=2>Mike Cassidy<br>
CEO, Xfire<br>
<a href="mailto:mike@xfire.com">mike@xfire.com</a><br>
Xfire name = Aragorn<br>
</font> <br>
 <br><br>
&lt;?xml:namespace prefix = o ns = &quot;urn:schemas-microsoft-com:office:office&quot; /&gt; <br><br>
<b>               &nbs
MICHAEL CASSIDY<br>

</b><br>
                 &n
mike@michaelcassidy.com<br><br>

 <br><br>
<b>    experience<br>
</b><br>
     2002-now         <b>XFIRE,
INC.                &nbs
</b>&lt;?xml:namespace prefix = st1 ns = &quot;urn:schemas-microsoft-com:office:smarttags&quot; /&gt;<b>MENLO PARK,
CA<br>

</b><br>
<b>                &nbs
CEO and Co-Founder<br>

</b><br>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)


EXHIBIT D
PAGE 18

TCCI015315

·          Built online gamer application that spread virally to over 5 million gamers in less than 3 years.  Sold Xfire for $110 million to Viacom.<br><br>

·          Xfire was named Forbes Magazine E-gang Trendsetter, Red Herring Top 100, invited to DEMO 2004/5, and selected as GMR Magazine download of the month.<br><br>

<b>  <br>
</b>    1998-2000        <b>DIRECT HIT TECHNOLOGIES, INC.                  &nbs: WELLESLEY, MA<br>

</b><b>                &nbs: CEO and Co-Founder<br>

</b><br>
·          Started with 3 people in April 1998.  Built award-winning Internet search engine and provided search results to our customers Microsoft, Lycos, AOL, HotBot, Looksmart, AT&amp;T, etc.  Direct Hit handled over 250,000,000 searches/month by end of 1999.  Sold company to Ask Jeeves for $500 million in January 2000.<br><br>

·          Direct Hit won PC Magazine Editors' Choice (via HotBot), Forbes Favorite Search Engine, PC Magazine Top 100 Web Sites, CNET Editors' Choice awards.<br><br>

<b> <br>
</b>     1990-1996<b>        STYLUS INNOVATION, INC.                  &nbs: CAMBRIDGE, MA<br>

</b><b>                &nbs: CEO and Co-Founder<br>

</b><br>
·        Started Stylus with $1,500.  Launched Visual Voice, the industry leading computer telephony application development software tool, in November 1993.  Grew sales to $1.6 million in 1994 and $3.6 million in 1995.  Sold company for $13 million cash in February 1996.<br><br>

·         Visual Voice won PC Magazine Editors' Choice, Byte Magazine Award of Excellence, Windows Magazine Top 100, and Computer Telephony Product of the Year 1994 and 1995.<br><br>

 <br><br>
    1991-1992<b>         EASEL CORPORATION                     BOSTON, MA<br>

</b><b>                &nbs: Product Manager<br>

</b><br>
·        Managed launch of new object-oriented software product via new distribution channels.<br><br>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)


EXHIBIT D
PAGE 19

TCCI015316

                                                                   
<br><br>

    1986-1989<b>         HUGHES AIRCRAFT COMPANY             &nb LOS ANGELES, CA<br>

</b><br>
          
1987<b><i>          SUNRAYCER</i> Project Leader/Chief Strategist<br>

</b><br>
·         Controlled $150,000 budget and led 8-person team that developed race strategy software for General Motor's<i> SUNRAYCER,</i> the winning solar-powered car in a 2000 mile race across Australia.  Directed race strategy and tactics on location throughout the race.<br><br>

 <br><br>
<b>     education<br>
</b><br>
     1989-1991<b>        HARVARD GRADUATE SCHOOL OF BUSINESS ADMINISTRATION              &r BOSTON, MA<br>

</b><br>
                   
Master in Business Administration, June 1991.  Wrote/arranged music and played keyboards for <i>Les Biz</i> musical.  Winner of 3-man volleyball tournament.  Host for Eastern Europe exchange. <br><br>

 <br><br>
           
1985<b>          MASSACHUSETTS INSTITUTE OF TECHNOLOGY                CAMBRIDGE, MA<br>

</b><br>
                  
Master of Science in Aerospace Engineering, December 1985.  GPA 4.9/5.0.  <br><br>

    1981-1984<b>         MASSACHUSETTS INSTITUTE OF TECHNOLOGY              CAMBRIDGE, MA<br>

</b><br>
                  
Bachelor of Science in Aerospace Engineering, December 1984.  Coursework emphasized system engineering, optimal control, and computer simulations.  GPA 4.6/5.0.<i>  Tau Beta Pi, Sigma Gamma Tau</i> honor societies.  President of<i> Delta Tau Delta</i> fraternity.<br><br>

 <br><br>
<b>   background</b>         Performed as jazz pianist with one of the top three bands at 1985 National Collegiate Jazz Festival.  Journeyed to 22 countries in Europe, Middle East, and Asia; lived in London for brief period.  Completed Boston Marathon and Los Angeles Triathlon.         </blockquote></body>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY - Civil Action No. 07-723 AG(MLGx)

 EXHIBIT PAGE

TCCI015317

</html>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)



TCCI015318

| | |
|---|---|
| **From:** | Felix Kramer <fkramer@calcars.org> |
| **Sent:** | Friday, March 23, 2007 10:10 PM |
| **To:** | Dave Bagshaw <bagshaw2@gmail.com> |
| **Subject:** | Can you follow up on this for Stanford event next Tuesday/Weds |

<html>
<body>
Holmes is VERY important: very young but go-getter, about to become a Congressional fellow, so perhaps our person in DC.<br><br>

At 05:13 PM 3/19/2007, Holmes Hummel wrote:<br>
<blockquote type=cite class=cite cite=""><font size=2>Hello Felix – and Dave,<br>
 <br>
Thank you for letting us know that Dave Bagshaw would be a good representative for CalCars at the public lecture series Amory Lovins is presenting next week at Stanford.<br>

 <br>
I passed Dave's information along to the RMI staff who are helping Amory Lovins plan course logistics for next week, and I know they are still pulling together the details for the program.<br>

 <br>
You may have seen in the announcements for the public lecture series that "Transportation" is the topic for Tuesday, March 26<sup>th</sup> at 7:30pm (Dinkelspiel Auditorium at Stanford).  The Stanford students taking Amory's daytime course would be discussing transportation topics the following day.<br>

 <br>
Dave, since Felix cheerfully nominated you but we haven't been in touch directly, please feel free to let us know if Tuesday evening (or even Wednesday during the day) would not be feasible times for you to participate – and we'll see if we can identify another CalCars enthusiast!<br>

 <br>
Best regards,<br>
Holmes<br>
 <br>
 <br>
Holmes Hummel, PhD<br>
Environment &amp; Resources<br>
Stanford University<br>
</font><font size=2 color="#0000FF"><a href="mailto:hummel@stanfordalumni.org">hummel@stanfordalumni.org</a> <br>
 </font></blockquote><br><br>
<blockquote type=cite class=cite cite="">Date: Thu, 01 Mar 2007 23:47:52 -0800<br>
To: hummel@stanford.edu (Holmes Hummel)<br>
From: Felix Kramer &lt;fkramer@calcars.org&gt;<br>
Subject: Dave Bagshaw as CalCars rep for Lovins event<br>
Cc: Dave Bagshaw &lt;bagshaw2@gmail.com&gt;<br><br>
Holmes <br><br>
I'm glad we got to talk about this today before all the plans are finalized. I'm introducing Dave Bagshaw, years-ago associate of Gil and with Stanford background at the GSB and engineering schools. I haven't checked with Dave but hope he's available to participate as appropriate in the sections on trasnportation...can you send him and me the announcement, if there's more than what Gil sent out (below)? Dave is also at 867.3693.<br><br>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)


EXHIBIT D
PAGE 20

TCCI016529

&lt;b&gt;&lt;a href="mailto:dbagshaw@calcars.org"&gt;Dave Bagshaw&lt;/a&gt;&lt;/b&gt;, Senior Advisor, an entrepreneur with a background both in technical engineering and business, former CEO of Shutterfly and a senior executive at Excite@Home, @Home Networks and the early Silicon Graphics. See announcement at the &lt;a href="http://www.calcars.org/calcars-news/598.html"&gt;CalCars-News Archive&lt;/a&gt;. &lt;br&gt;&lt;br&gt;

Thanks, Felix&lt;br&gt;&lt;br&gt;
&lt;b&gt;Amory Lovins' spring break course at Stanford, Mar 26-31.&amp;nbsp; Portions open to the public.&lt;br&gt;&lt;br&gt;
&lt;/b&gt;Amory B. Lovins, cofounder and CEO of the Colorado-based Rocky Mountain Institute (RMI) will teach a one-of-a-kind spring-break class,&lt;b&gt; &amp;quot;Advanced Energy End-Use Efficiency,&amp;quot;&lt;/b&gt; at Stanford (March 26 - March 31, 2007) (&lt;a href="http://www.stanford.edu/group/ews/mapmingg/"&gt;www.stanford.edu/group/ews/mapming/&lt;/a&gt;).&lt;br&gt;&lt;br&gt;

As part of the class, he will also offer a weeklong evening lecture series to the greater Stanford community (&lt;a href="http://www.maproyalty.com/professorship.html"&gt;www.maproyalty.com/professorship.html&lt;/a&gt;). Amory is Stanford's fifth MAP/Ming Visiting Professor of Energy and Environment.&lt;br&gt;&lt;br&gt;

Amory's spring break class, (open only to registered students), will investigate end-use efficiency opportunities in buildings, industry, transport examining the how to-s of implementation and the implications of&amp;nbsp; these opportunities relative to other conventional choices.&lt;br&gt;&lt;br&gt;

The class will meet from 9:30 am- 4:00 pm daily and include classroom lectures, labs, and project work and will culminate each evening with a free and open to the public evening lecture. Registered students of all levels and disciplines are encouraged to participate. This class is a rare opportunity to work with a globally recognized leader in resource efficiency.&lt;br&gt;&lt;br&gt;

--&amp;nbsp; --&amp;nbsp; --&amp;nbsp; --&amp;nbsp; --&amp;nbsp; --&amp;nbsp; --&amp;nbsp; --&amp;nbsp; --&amp;nbsp; --&amp;nbsp; -- --&lt;br&gt;
&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp; Felix Kramer&amp;nbsp; fkramer@calcars.org &lt;br&gt;
&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp; Founder&amp;nbsp; California Cars Initiative&lt;br&gt;
&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp; &lt;a href="http://www.calcars.org/" eudora="autourl"&gt;http://www.calcars.org&lt;/a&gt;&lt;br&gt;

&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp; CalCars-PHEV Newsletter&lt;br&gt;
&lt;font face="arial" size=2&gt;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp; &lt;a href="http://www.calcars.org/news-archive.html" eudora="autourl"&gt;http://www.calcars.org/news-archive.html&lt;/a&gt;&lt;br&gt;

&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp; Photos of PHEVs/Well-Known People&lt;br&gt;
&lt;/font&gt;&amp;nbsp;&amp;nbsp; &lt;a href="http://www.calcars.org/photos-people.html" eudora="autourl"&gt;http://www.calcars.org/photos-people.html&lt;/a&gt;&lt;br&gt;

&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp;&amp;nbsp; PO Box 61045&amp;nbsp;&amp;nbsp; Palo Alto, CA 94306&lt;br&gt;
&amp;nbsp;&amp;nbsp;&amp;nbsp; cell 650.520.5555&amp;nbsp; voice 650.599.9992&lt;br&gt;
--&amp;nbsp; --&amp;nbsp; --&amp;nbsp; --&amp;nbsp; --&amp;nbsp; --&amp;nbsp; --&amp;nbsp; --&amp;nbsp; --&amp;nbsp; --&amp;nbsp; -- -- &lt;/blockquote&gt;&lt;/body&gt;
&lt;/html&gt;

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)

EXHIBIT D
PAGE 23

| | |
|---|---|
| **From:** | Felix Kramer <fkramer@calcars.org> |
| **Sent:** | Wednesday, March 7, 2007 10:44 PM |
| **To:** | McInerney, Marianne <mmcinerney@vvcars.com>; Dave Bagshaw <bagshaw2@gmail.com> |
| **Subject:** | Mutual introductions |

<html>
<body>
I've explained the other to each of you....hope you can start things going!<br><br>
Best, Felix<br><br>
Marianne McInerney<br>
EVP, Government and Industry Relations<br>
Visionary Vehicles<br>
172 Duane Street<br>
New York, NY  10013 <br>
212-966-4880 office<br>
703-298-4195 mobile<br>
&quot;McInerney, Marianne&quot; &lt;mmcinerney@vvcars.com&gt;<br><br>
<b><a href="mailto:dbagshaw@calcars.org">Dave Bagshaw</a></b>, Senior Advisor, an entrepreneur with a background both in technical engineering and business, former CEO of Shutterfly and a senior executive at Excite@Home, @Home Networks and the early Silicon Graphics. See announcement at the <a href="http://www.calcars.org/calcars-news/598.html">CalCars-News Archive</a>. <br>

650.867.3693<br>
Dave Bagshaw &lt;bagshaw2@gmail.com&gt;</body>
</html>

EXHIBIT D
PAGE 24

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)

| | |
|---|---|
| **From:** | Felix Kramer <fkramer@calcars.org> |
| **Sent:** | Wednesday, December 6, 2006 9:00 PM |
| **To:** | Dave Bagshaw <dbagshaw@calcars.org> |
| **Subject:** | Randy Reisinger #1: background/bio |

<html>
<body>
Randy is the ex-Apple guy I mentioned....he came up to Ron's for conversion; went to the EDTA meeting last week.<br>
This email has his bio; next one his rewrite of bizdoc<br>
His phone # is 408.858.1973...I'll tell him you might call next week.<br><br>
<blockquote type=cite class=cite cite="">Delivered-To: fkramer@calcars.org<br>
From: &quot;R. L. Reisinger&quot; &lt;randyr20@mac.com&gt;<br>
Subject: Re: Thanks for the call<br>
Date: Thu, 19 Oct 2006 22:14:13 -0700<br><br>
Felix,<br><br>
I've attached a Resume as you requested.  I'll be happy to fill in  <br>
the details when we meet.  I will also be traveling early next week  <br>
so perhaps we should set a time and date before we depart to keep us  <br>
on track.  I'd suggest Friday.  I'm guessing it would be helpful for  <br>
you to have a day to catch up after you return.<br><br>
Regards, Randy R.<br><br>
ï¿¼<br><br>
On Oct 19, 2006, at 12:17 AM, Felix Kramer wrote:<br><br>
<blockquote type=cite class=cite cite=""> Thanks, Randy, all good points, and we don't disagree on any of  <br>

them. This is why I need one or more people to jump in and  <br>
transition this document to an investable proposition. I'll take  <br>
you up on your offer to get together, etc....probably late next  <br>
week (I'll be out of town Sun-Weds).<br><br>
Meanwhile, can you send me more about your background? I'm as much  <br>
interested in your business side as in the technical/engineering,  <br>
of course.<br><br>
Regards, Felix<br><br>
At 07:14 PM 10/18/2006, R. L. Reisinger wrote:<br>
<blockquote type=cite class=cite cite="">Felix,<br><br>
Thanks for the note and the Strategy Paper.<br><br>
First let me say I've been very impressed with what CalCars has  <br>
accomplished in the year that I've been watching.  You guy's sure  <br>
know how to get Press and &quot;nudge&quot; the Auto makers into action  <br>
(albeit at their pace).  I'm convinced Toyota would not have  <br>
started their Plug-in project without your efforts for instance.   <br>
Years from now you and others will look back upon this time and  <br>
see incredible change that you catalyzed.<br><br>
You mentioned starting a company.  I read the &quot;Business  <br>
Combination Strategy&quot; piece you sent to me.  The bad news is--it's  <br>
not something I would invest in or recommend to other investors  <br>
because it gave me the wrong feel when I read it.  For instance:<br><br>
1) By listing 6 business units the document gives me the  <br>
impression that the company is taking a shotgun approach when most  <br>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)


EXHIBIT D
PAGE 25

TCCI020584

successful startups have a very tightly defined focus.  Business  <br>
units typically emerge when the company hits $50-100M in revenue.<br><br>
2) You have a good start on the management team, but the top guy  <br>
is missing and you suggest two possibilities from the auto  <br>
industry.  This may be good because of their industry contacts and  <br>
knowledge.  But this enterprise might require someone who thinks  <br>
differently than the auto industry (which is currently focussed on  <br>
selling more SUVs to regain their profitability).  Do you really  <br>
want someone who comes prom that mindset running your enterprise?   <br>
This could go either way.<br><br>
3) As an investor, I want to know what return to expect and what  <br>
your exit strategy is.  While you elude to a transition from  <br>
selling product to licensing, it leaves the reader unsure what  <br>
return to expect, and in what time frame, and with what probability.<br><br>
4) It says you seek $500K to write a business plan, secure IP  <br>
etc.  The business plan is something I would expect an  <br>
entrepreneur to provide in order to get funding, so you put  <br>
yourself in a little bit of a chicken and egg situation.<br><br>
I could go on, but I think these examples are enough to suggest  <br>
some minor alterations.<br><br>
The good news--The work CalCars is doing is critical and there is  <br>
lots of good &quot;stuff&quot; in the document to work with.  Remember this  <br>
is just my impressions, but I have seen scores of VC pitches and  <br>
presented nearly as many over the years.<br><br>
Here's my suggestion.  I'll be happy to meet with you and offer  <br>
some suggestions (perhaps over lunch[I'll buy]) and see if we  <br>
can't push this thing along a bit.<br><br>
I hope you don't feel I'm being too critical, I love what I see  <br>
coming out of your organization.  I would only make the above  <br>
comments if I thought they might help in some way.  Please take  <br>
them in the spirit in which they were intended.<br><br>
Regards, Randy R.<br><br>
<br>
On Oct 18, 2006, at 3:39 PM, Felix Kramer wrote:<br><br>
<blockquote type=cite class=cite cite="">Thanks, Randy, for the heads-up. I sent you a boilerplate  <br>
email....I didn't mean to be dismissive of your offer for  <br>
volunteer help...,if you go back a long way with Apple and with  <br>
top marketing people, you might have some other ideas and  <br>
contacts. You probably heard we're thinking of starting a  <br>
company....attached is the &quot;strategy document&quot; for that effort.  <br>
Things are very busy, but I'd be happy to talk further.<br><br>
Regards, Felix</blockquote></blockquote></blockquote></blockquote></body>
</html>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)

EXHIBIT D
PAGE 26

TCCl020585

| From: | Felix Kramer <fkramer@calcars.org> |
|---|---|
| Sent: | Wednesday, December 6, 2006 3:35 PM |
| To: | Dave Bagshaw <bagshaw2@gmail.com> |
| Cc: | Dave Bagshaw <dbagshaw@calcars.org> |
| Subject: | Re: Here's what we're putting on website |

<html>
<body>
Glad you're happy with that. We tested that a few days ago; as a re-test, you should get 2 copies of this reply.<br><br>

Thanks, Felix<br><br>
At 03:30 PM 12/6/2006, Dave Bagshaw wrote:<br>
<blockquote type=cite class=cite cite="">Looks great.  Does the email address forward to <a href="mailto:bagshaw2@gmail.com">bagshaw2@gmail.com</a>?<br><br>

Dave<br><br>
On 12/6/06, <b>Felix Kramer</b> &lt;<a href="mailto:fkramer@calcars.org">fkramer@calcars.org</a>&gt; wrote:<br>

<dl>
<dd>We can tweak it as you like...<br><br>

<dd><a href="http://www.calcars.org/about.html">http://www.calcars.org/about.html</a><br><br>

<dd>Dave Bagshaw &lt;<a href="mailto:dbagshaw@calcars.org">dbagshaw@calcars.org</a>&gt;, Senior Advisor, an entrepreneur<br>

<dd>with a both a technical engineering background, former CEO of<br>

<dd>Shutterfly and a senior executive at Excite@Home, @Home Networks and<br>

<dd>the early Silicon Graphics.<br><br>

<dd>Also sending to VentureBeat and Red Herring reporter (and maybe <br>

<dd>Michelle Quinn at Mercury) with your email contact info in case they<br>

<dd>want to talk to you...<br><br>
<br>

</dl></blockquote></body>
</html>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)


EXHIBIT D
PAGE 27

TCCI020596

| | |
|---|---|
| **From:** | Felix Kramer <fkramer@calcars.org> |
| **Sent:** | Wednesday, November 22, 2006 1:42 PM |
| **To:** | Chelsea Sexton <evchels@hotmail.com> |
| **Cc:** | Dave Bagshaw <dbagshaw@calcars.org>; Ron Gremban <rgremban@calcars.org> |
| **Subject:** | Introducing Dave Bagshaw |

Chelsea

You know Ron;  Dave Bagshaw is planning to come on board with CalCars, devoting several days a week (not-yet-public announcement below). He'll be helpful for us in many ways! Dave: you know Chelsea from Sherry's book, and she's the director of Plug In America.

Both Ron and Dave will be at the Green Order GM event next week, where we understand Beth Lowery will give background on Rick Wagoner's new endorsements of electrifying transportation.

Obviously we want to do all we can to encourage them to make strong moves! You said to me last time we talked that you felt confident that further pressure or statements at this time about GM wouldn't be helpful; we're happy to listen to you and do whatever we can to help. You may have some suggestions about whether there will be any value in distributing our "no worry fleet demo" concept to anyone at GM. And whether or not you're going to be at that event, if you want to talk to Dave/Ron before then, they're cc'd on this, and here are their phones:

Ron Gremban, CalCars Technology Lead, 415.924.9409
Dave Bagshaw, CalCars Senior Advisor, 650.867.3693

Thanks, Felix

CEO/Entrepreneur/Engineer Dave Bagshaw is CalCars' New Senior Advisor

Dave Bagshaw, a long-time Silicon Valley entrepreneur, has signed on as a Senior Advisor to CalCars. He will be actively involved in shaping key initiatives of the non-profit start-up, including possible organization of a spin-of for-profit company. Bagshaw was VP of Marketing at Silicon Graphics in its early high-growth days. He was Senior Vice President at @Home Networks and Excite@Home. As CEO of Shutterfly in 2003-2004, he helped grow the company to be a leader of the online digital photo and  printing industry. (Shutterfly had its IPO in September, 2006.) Bagshaw has Masters degrees in business and  mechanical engineering from Stanford; as part of his thermosciences focus, he worked on design of a low emissions engine design

CalCars Founder Felix Kramer said, "Dave has a stellar entrepreneurial, management and technical background. We've been trying to recruit someone with this mix for a long time. Now that car-makers are saying "plug-in hybrids make sense -- but..." and are putting their toes in the water, CalCars' strategies aim to expand and speed up their steps toward commercialization and prove their value and performance. Dave can help make that happen."

Dave Bagshaw said, "My first entrepreneurial experience came as co-founder of a solar and conservation engineering service company. Now, after years in technology companies, I decided it was time for me to start working on something that's good for our world. I really enjoyed my early years in the alternative energy world and I 'd like to get back to making a contribution to helping to save the planet. I've been on the sidelines rooting for CalCars progress for a long time. Now I want to help CalCars motivate car-makers to starting building thousands of PHEVs for public and private fleets and early adopters. I'd also like to be first on my block to fuel my car from my rooftop photovoltaic system."



EXHIBIT D
PAGE 28

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)

| | |
|---|---|
| **From:** | Felix Kramer <fkramer@calcars.org> |
| **Sent:** | Wednesday, November 22, 2006 11:28 AM |
| **To:** | CEB <CEB@MISSIONWEST.com>; alexanderchoi@analogexpress.com |
| **Cc:** | Ron Gremban <rgremban@calcars.org>; Dave Bagshaw <dbagshaw@calcars.org> |
| **Subject:** | Introducing Dave Bagshaw |

<html>
<body>
Carl/Alex/Ron<br><br>
I've briefed Dave Bagshaw (I sent you info on him last night) on where we are on this project. He gets what you want to do and how it matches up to our goals,and I think he can advance the discussions this week with you. Since I'm going to be out of town next week, I think it may make the most sense for you all to work through the issues, get some specifics, and I can join in as appropriate. Dave and Carl are both in Atherton so a meeting could be very convenient.<br><br>

Here are all the phone #s:<br>
Carl Berg: 408.687.6069<br>
Alexander Choi: 713.208.4519 <br>
Ron Gremban: 415.924.9409<br>
Dave Bagshaw: 650.867.3693<br><br>
Best, Felix<br><br>
<x-sigsep><p></x-sigsep>
--  --  --  --  --  --  --  --  --  --  -- --<br>
      Felix Kramer  fkramer@calcars.org <br>
     Founder  California Cars Initiative<br>
           <a href="http://www.calcars.org/" cudora="autourl">http://www.calcars.org<br>

</a>   voice 650.599.9992  mobile 650.520.5555<br>
--  --  --  --  --  --  --  --  --  --  -- --<br>
</body>
</html>

EXHIBIT D
PAGE 29

| From: | Felix Kramer <fkramer@calcars.org> |
|---|---|
| Sent: | Thursday, August 16, 2007 9:19 AM |
| To: | Ron Gremban <rgremban@calcars.org>; R. L. Reisinger <randyr20@mac.com>; Dave Bagshaw <bagshaw2@gmail.com> |
| Subject: | Carl Berg deal fell through FYI |

<html>
<body>
&lt;<a href="http://sanjoseinside.com/sji/weblog/more_mortgage_woes_to_come_for_san_jose/" eudora="autourl">http://sanjoseinside.com/sji/weblog/more_mortgage_woes_to_come_for_san_jose/</a>&gt;<br>

Whatever the outcome nationally, the pressure will be especially felt here in our area where a large percentage of mortgages have values way up on the high end of the scale. The systemic knock-on effect can already be seen locally in the <a href="http://origin.mercurynews.com/news/ci_6610386"><u>fact</u></a> that real estate baron Carl Berg's deal for the sale of his $1.8 billion portfolio of buildings in San Jose has fallen through because the corporate buyer's financing has been withdrawn by the banks. </body>

</html>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)

EXHIBIT D
PAGE 30

| | |
|---|---|
| **From:** | Felix Kramer <fkramer@calcars.org> |
| **Sent:** | Sunday, August 5, 2007 8:12 AM |
| **To:** | Ron Gremban <rgremban@calcars.org>; R. L. Reisinger <randyr20@mac.com>; Dave Bagshaw <bagshaw2@gmail.com>; Carl Page <carlp@findpage.com> |
| **Subject:** | Udate re Visionary Vehicles PPM |

Ron/Randy/Dave/Carl

At Kleiner Perkins, Bill Joy tells me his partnership agreement means he can't invest outside the firm, which presumably applies to all the partners there...too bad. That just leaves Larry/Sergey/Eric at Google and Branson. Have to think if there are any other equivalent people to suggest, or let it go....

Felix

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)


EXHIBIT D
PAGE 31

TCCI006094

| | |
|---|---|
| **From:** | Felix Kramer <fkramer@calcars.org> |
| **Sent:** | Friday, August 3, 2007 5:26 PM |
| **To:** | Ron Gremban <rgremban@calcars.org>; R. L. Reisinger <randyr20@mac.com>; Robb Protheroe <robb@comnets.us>; Dave Bagshaw <bagshaw2@gmail.com> |
| **Subject:** | FYI: Battery boxes/OEMTEK/Carl Berg |

I got a call from Cindi asking if the "contract with Madera" could be with OEMTEK not Calcars.
I cut right to the point and said that OEMTEK couldn't claim ownership of tilt-up battery box designs: it was our idea, Madera implemented our spec, we further modified it, we're continuing to do so, and we're giving it away. I explained that Robb has been working on major improvements, using all of the ideas people have come up with until now.

She said "it's not me, Carl wants this," and started saying "Carl paid for it...." etc., other nonsense.

We resolved that if this is something Carl wants, he should talk to Randy, who is the best point person (I'm away 8/6-13).

Randy and I talked and agreed that it wouold be a big mistake for OEMTEK to try to file IP for this stuff....between us we were unable to recall who came up with the idea for the tilting box (I thought it was Ron and maybe me); we also agreed that AS SOON AS IT'S TECHNICALLLY POSSIBLE, we should upload designs to the EAA-PHEV site. I'd say this applies to the test spec as well....

Cindi told me what I already knew, which is that they're still working on testing the first vehicle they were supposed to have delivered to a customer about 10 days ago. Current plan is for them to finish it and have it driven to North Carolina 3rd week of August.

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)


EXHIBIT
PAGE 32

TCCI006173

| | |
|---|---|
| **From:** | Dave Bagshaw <bagshaw2@gmail.com> |
| **Sent:** | Thursday, August 2, 2007 4:30 AM |
| **To:** | Felix Kramer <fkramer@calcars.org> |
| **Subject:** | confidential Re: Visionary Vehicles PPM and presentation |

Looks like a great deal for Malcolm. It will be ineteresting to see if investors will support that level of ownership and control.
Good document seems to cover all bases. I just scanned it, but not sure it gives the latest on PHEV cmpetition (GM for example).

On 8/1/07, **Felix Kramer** <fkramer@calcars.org> wrote:
Ron/Randy/Dave/Carl

I'm reviewing this and have some Qs but thought i would get it out to you as well.
PLEASE DO NOT CIRCULATE

Delivered-To: fkramer@calcars.org
Subject: Visionary Vehicles
Date: Wed, 1 Aug 2007 14:18:59 -0400

Felix – It was a pleasure meeting with you last week and discussing Visionary Vehicles. The private placement memorandum has just been completed and I am forwarding you a copy as you requested. I am also enclosing a copy of the presentation . You had suggested that you might recommend other institutions or accredited investors to contact, please let me know and I will do so. I look forward to speaking with you soon. – Best regards, George

George Caffrey, CFA
*Head of Capital Markets*
*Libertas Partners, LLC.*
*O: 203.422.0731*
*M: 646.391.7525*
*gcaffrey@libertaspartners.com*

At 01:28 PM 8/1/2007, Felix Kramer wrote:

Thanks, George-- it was a pleasure meeting you too!

I will review these docs in the next hour or so and could call later this afternoon, Pacific, if you're reachable. A few points:

My impression was that the way we'd approach the other institutions/accredited investors would be that Roy was going to provide a long paragraph or two describing the offering, to which I would add my take on the opportunity, and I would send that to the potential investors. If that's your understanding, can you help make that happen?

Meanwhile, here's the list I sent to them, but haven't heard back about:

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)


EXHIBIT D
PAGE 33

TCCI006426

* Targets: Google.org (you no longer need me to go to them, but I'm happy to do it), Sergey Brin/Larry Page/Eric Schmidt; KP: John Doerr/Ray Lane/Vinod Khosla/Bill Joy/John Denniston [also possibly Randy Komisar,
AT MEETING WE DIDN"T TALK ABOUT BUT I PROPOSE ADDING:
Richard Branson and Carl Page to this list
TODAY ONE MORE SUGGESTION:
* Trammel S. Crow, heir to the largest commercial real estate co in the country, whom I met in May in Austin; very high profile name, very interested in EVs/PHEVs, wants one himself.

Best, Felix

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)


EXHIBIT D
PAGE 34

TCCI006427

| | |
|---|---|
| **From:** | Dave Bagshaw <bagshaw2@gmail.com> |
| **Sent:** | Monday, June 11, 2007 11:42 AM |
| **To:** | Felix Kramer <fkramer@calcars.org> |
| **Subject:** | Fwd: Prius Clean Up |

<x-flowed>
what is the latest of the plans for "Prius 2"?

Dave

---------- Forwarded message ----------
From: Patrick Cadam <pat@patsgarage.com>
Date: Jun 8, 2007 1:59 PM
Subject: Prius Clean Up
To: Dave Bagshaw <bagshaw2@gmail.com>
Cc: Felix Kramer <fkramer@calcars.org>


Dave,

Since it looks like your Prius is a ways from being fully converted to
plug in I think it would be wise to do a safety clean up of the
battery area. It was only meant to be temporary. It won't take too
long to do a quick clean up as long as I know when you are coming in.
Either email me or give me a call to set up a time.

Pat Cadam


Patrick L. Cadam
Pat's Garage,inc.
pat@patsgarage.com
www.patsgarage.com
415.6474500

<!D2S:felixk@pop.mindspring.com/good/4d745631/>


</x-flowed>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)


EXHIBIT D
PAGE 35

TCCI011142

| | |
|---|---|
| **From:** | Felix Kramer <fkramer@calcars.org> |
| **Sent:** | Thursday, July 26, 2007 11:52 AM |
| **To:** | Dave Bagshaw <bagshaw2@gmail.com> |
| **Subject:** | I left you off a cc to Google |

<html>
<body>
<br>
<blockquote type=cite class=cite cite="">Date: Thu, 26 Jul 2007 09:59:42 -0700<br>
From: &quot;Kirsten Olsen&quot; &lt;kolsen@google.com&gt;<br>
To: &quot;Felix Kramer&quot; &lt;fkramer@calcars.org&gt;<br>
Subject: Re: Visionary Vehicles/Bricklin: perspective and a favor<br>
Cc: &quot;Dan Reicher&quot; &lt;danreicher@google.com&gt;, &quot;Alec Proudfoot&quot; &lt;alec@google.com&gt;,<br>
       &quot;Patrick Maloney&quot; &lt;pmaloney@google.com&gt;,<br>
       &quot;Ron Gremban&quot; &lt;rgremban@calcars.org&gt;,<br>
       &quot;R. L. Reisinger&quot; &lt;randyr20@mac.com&gt;, &quot;Carl
Page&quot; &lt;carlp@findpage.com&gt;<br>

<br>
Hi Felix-<br><br>
Thank you for the introduction and intriguing meeting yesterday.  Malcolm certainly know his way around the automotive
industry remarkably well and speaks convincingly about what needs to happen in the market.  I'm happy to hear that he is
excited about V2G since it did seem to be a footnote in his presentation.  It is encouraging to see veterans in this industry get
excited about PHEVs and not just us quacks in the Valley. ;-) <br><br>

Our investments team will consider this opportunity and let you know if we uncover anything that you should be aware of.<br><br>

Thanks!<br>
Kirsten<br><br>
On 7/26/07, <b>Felix Kramer</b> &lt;<a href="mailto:fkramer@calcars.org">fkramer@calcars.org</a>&gt; wrote:<br>

<dl>
<dd>Dan/Alec/Kirsten/Patrick (don't have Michael's contact info)<br><br>

<dd>Thanks for taking the time to meet with us yesterday. This was my<br>

<dd>first time meeting Malcolm (I'd previously met Roy, and had talked at<br>

<dd>length with him and with Marianne)....I continue to be impressed and<br>

<dd>intrigued. I'm increasingly convinced he can do what he says he<br>

<dd>intends to do, which will mean that he'll be highly disruptive in a<br>

<dd>good way to the timetable and trajectory of the auto industry. FYI, <br>

<dd>by the end of the day, he understood how significant V2G is to the<br>

<dd>equation, not only in its impact and revenue streams but also how<br>

<dd>deliveries to early fleet customers could rapidly accelerate his<br>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)


EXHIBIT D
PAGE 36

TCCI007074

<dd>development and delivery schedules. <br><br>

<dd>As we all recognize, Malcolm has had his career ups and downs. He's<br>

<dd>aimed for very ambitious goals and accomplished much, while falling<br>

<dd>short and leaving some messes behind him. We've done our level of <br>

<dd>checking, and feel comfortable aligning our efforts at this point,<br>

<dd>especially because the potential benefits are so high.<br><br>

<dd>Whether or not you decide to become directly involved, if your<br>

<dd>diligence processes uncover any not generally known information that <br>

<dd>we should know, as favor, we would appreciate your sharing it!<br>
<br>

<dd>Warm regards, Felix<br><br>

<dd>--  --  --  --  --  --  --  --  --  --  -- --<br>

<dd>       Felix Kramer  <a href="mailto:fkramer@calcars.org">fkramer@calcars.org</a><br>

<dd>       Founder  California Cars Initiative<br>

<dd>            <a href="http://www.calcars.org">http://www.calcars.org</a><br>

<dd>    voice 650.599.9992  mobile 650.520.5555<br>

<dd>--  --  --  --  --  --  --  --  --  --  -- --<br><br>
<br>

</dl><br><br>
<br>
-- <br>
_____<br>
Kirsten Olsen<br>
<a href="http://Google.org">Google.org</a><br>
1600 Amphitheatre Parkway<br>
Mountain View, CA 94043<br>
650.253.2164<br>
<a href="mailto:kolsen@google.com">kolsen@google.com</a> </blockquote></body>
</html>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)

EXHIBIT D
PAGE 37

TCCI007075

| From: | Felix Kramer <fkramer@calcars.org> |
|---|---|
| Sent: | Monday, April 16, 2007 12:21 AM |
| To: | Ron Gremban <rgremban@calcars.org>; R. L. Reisinger <randyr20@mac.com>; Dave Bagshaw <bagshaw2@gmail.com> |
| Subject: | calcars jobs page updated: comments welcome |

<html>
<body>
revised to be ready when we announce Google $.<br>
Comments welcome <br>
(Ron/Randy: possible to add a general engineer and an electronics technician) -- send language<br><br>
<a href="http://www.calcars.org/jobs.html" eudora="autourl">http://www.calcars.org/jobs.html</a><br><br>
<b>Jobs at CalCars <i>(mostly volunteer for now)</i></b> <br><br>
CalCars has two full-time people. Imagine what we could do if we had five more!<br><br>
Until we can raise more money, these positions are for volunteers. (In some cases, small stipends may be available, and we hope to be able to pay reasonable rates in the future.) Most can be part-time, or one person can hold two positions. Although we frequently work long-distance, for these positions, we're primarily looking for people who are in the San Francisco Bay Area at least two days a week.<br><br>

To apply, please send an email that includes the job title in the subject line, plus a thoughtful cover letter followed by a pasted copy of your resume to <a href="mailto:jobs@calcars.org">info@calcars.org</a>. NO ATTACHMENTS, PLEASE, though URLs linking to more information are fine.<br><br>


<b>Entrepreneur<br>
</b>Get involved with a GreenTech opportunity that's ready to move to the next stage. Help this non-profit group work with supplier partners and develop short- and long-term strategies and business plans. We aim to spin off or sponsor a company to accelerate the commercialization of PHEVs, and perhaps accumulate related intellectual property. We're looking for a veteran executive or serial entrepreneur who wants to make a difference. The ideal profile combines business and engineering backgrounds; automotive experience would be even better! <br><br>

<b>Fundraiser/Grant Writer<br>
</b>Help identify funding opportunities, develop boilerplate and submit proposals including government and corporate RFPs, foundation grants and project presentations to high-net-worth individuals. Possible commission-basis.<br><br>

<b>Communications Director<br>
</b>Manage our promotional media efforts, represent the campaign at public events, plan marketing campaigns, develop new collateral materials, negotiate and work with outside multi-media partners. Represent the campaign at public events; help update News Archive. You should be high-energy, well-organized, detail-oriented, hype-averse.<br><br>

<b>Designer/Publisher<br>
</b>Our <a href="http://www.calcars.org/downloads.html">flyers and documents</a> are constantly evolving, and our website could use work. We need one or more people who are aces in GoLive/InDesign/Photoshop/PowerPoint (or equivalents in some cases). Writing skills an enormous plus.<br><br>

<b>Campaign Organizer/Networker<br>
</b>Experienced coalition builder/advocate/public speaker; enthusiastic promoter of our issues and campaigns, able manager of volunteers. We have creative campaigns that are ready to go but need managers!<br><br>

<b>Policy Analyst<br>
</b>Public policy writer/networker to collaborate with local, state and federal agencies, advocacy groups, legislators and analysts on PHEV-related issues. <br><br>

<b>Battery Engineer<br>
</b>Experienced engineer with interest in (even better, experience with) batteries and power electronics, to investigate and test new components, design and try out new battery packs, chargers and battery management electronics.<br><br>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)



EXHIBIT D
PAGE 38

TCCI015215

```
<b>Operations<br>
</b>Hands-on staffer needed to focus on CalCars' events, overhead, and other administrative functions.<br><br>
<b>Bookkeeper<br>
</b>Handle accounts, cash-flow projections, non-profit tax filings.<br>
</body>
</html>
```

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)

 EXHIBIT D
PAGE 39

TCCI015216

| From: | Felix Kramer <fkramer@calcars.org> |
|---|---|
| Sent: | Monday, March 5, 2007 11:38 AM |
| To: | Dave Bagshaw <bagshaw2@gmail.com> |
| Cc: | R. L. Reisinger <randyr20@mac.com>; Ron Gremban <rgremban@calcars.org> |
| Subject: | Re: Jack McVickers meeting next Mon: logistics |

<html>
<body>
Thanks...I think it's a good idea. We could meet there at 10:30, then go to lunch nearby. I'll cc Ron and Randy to make sure we're all OK with that before replying to McVickers.<br><br>

At 10:53 AM 3/5/2007, Dave Bagshaw wrote:<br>
<blockquote type=cite class=cite cite="">Hi Felix,<br><br>
Circus club is closed on monday so no food, burt we could meet there. pls advise if you want to do that.<br><br>
Dave<br><br>
On 3/4/07, <b>Felix Kramer</b> &lt;<a href="mailto:fkramer@calcars.org">fkramer@calcars.org</a>&gt; wrote:<br>

<dl>
<dd>Dave<br><br>

<dd>For all of 2005-2006 we had unlimited access to a VC's office on<br>

<dd>Alameda in Menlo Park, but that went away....so now we're always scrambling.<br><br>

<dd>Recall that the convincing inventor John McVickers and his associate <br>

<dd>are coming in from Scottsdale to meet us next Monday.<br><br>

<dd>Would you be available for lunch? If so, is the Circus Club an<br>

<dd>appropriate venue for that? If not, I'll probably suggest Il Fornaio<br>

<dd>in Palo Alto or Left Bank or Carpaccio in Menlo Park. But I'd prefer <br>

<dd>a quieter place.<br><br>
<br>

</dl></blockquote></body>
</html>

EXHIBIT D
PAGE 40

| | |
|---|---|
| **From:** | Felix Kramer <fkramer@calcars.org> |
| **Sent:** | Thursday, February 8, 2007 11:13 AM |
| **To:** | Andrew Frank <aafrank@ucdavis.edu> |
| **Cc:** | Felix Kramer <fkramer@calcars.org>; Ron Gremban <rgremban@calcars.org>; Dave Bagshaw <bagshaw2@gmail.com>; R. L. Reisinger <randyr20@mac.com>; Carl Page <carlp@findpage.com> |
| **Subject:** | Re: Ron's report from Soc of Auto Engrs event in San Diego |

<html>
<body>
Andy, these thoughtful additions are are very helpful!<br><br>
<blockquote type=cite class=cite cite="">Are all of you aware of the Japanese government thrust for the PHEV??  This is sweeping the Japanese auto industry.  A completely 180 degree approach from the US!!</blockquote><br>

No, and would much appreciate your info or pointers online!<br><br>
Thanks, Felix<br><br>
At 10:50 AM 2/8/2007, Andrew Frank wrote:<br>
<blockquote type=cite class=cite cite="">Felix and all:<br><br>
Thanks for forwarding the report from Ron.  It is as I would expect for a public response from the car guys and especially Mike Tamor of Ford.  His goal is to have Ford do nothing in the area until some outside company has made the investment and proven the technology.  The same goes for GM and Honda.  I notice no response from Toyota!!  This attitude will of course save them development money in the short run but at the expense of lost market share.  This share will most certainly go to Japan!!<br><br>

It is a sad, but it is the standard approach of the American car companies for the last 30 years to no longer be the lead in technology but to follow others at the expense of Market share.  I suspect they will all be bought up by foreign interests, as Chrysler has, before too long.since their market share continues to decrease at ever increasing rates.   l  believe the guys at GM and Ford have not even studied the concept of the PHEV enough to see the benefits and if they have only focused on why it won't work as reflected by the comments of Tamor of Ford and GM.  They are wrong in my estimation but of course they would never listen to a guy from the outside.<br><br>

Those of us who want to see this technology move forward may be best to start thinking of moving off shore.  Are all of you aware of the Japanese government thrust for the PHEV??  This is sweeping the Japanese auto industry.  A completely 180 degree approach from the US!!<br><br>

We are not getting much help from our federal government either since the new budget continues the hydrogen program and only a paltry sum for battery research. The Japanese, Korean and Chinese battery companies are progressing well.<br><br>

Andy<br><br>
<br>
At 06:56 AM 2/8/2007, Felix Kramer wrote:<br>
<blockquote type=cite class=cite cite="">Thanks for the report,which I'm sharing with Dave/Randy/Carl/Andy<br><br>
At 11:10 PM 2/7/2007, Ron Gremban wrote:<br>
<blockquote type=cite class=cite cite="">Brad and I connected later today.  He is interested in publishing my writeup about what the Lexus GS450h could do (~40mpg) if they had used a larger hybrid system instead of a large engine.  I asked the Lexus speaker about that, and he responded that they hadn't even considered such a configuration.<br><br>

Here are a few more interesting tidbits beyond what I said about GM's 2-phase hybrid system:<br><br>
Mike Tamor of Ford gave a very interesting schizophrenic talk.  He spent the first part showing how PHEVs are not economically viable, but that the least non-viable are those with 30 mile EV range, which could displace up to 60% of oil use.  Then he talked about how at best biofuels can supply around 1/3 of transportation energy.  Finally, he justified H2 development as the only thing that can fill the gap (if any) once electricity and biofuel use is maimized -- essentially assuming that PHEVs are inevitable!  Also, in answer to a question about hybrid penetration, he said that in 10 years all cars will be hybrids.<br><br>


**EXHIBIT D**
**PAGE 41**

Peter Savagian of GM, however, said that the efficiency improvements of (ordinary, not PHEV) hybrids will, except for regenerative braking, eventually be equalled by improvements to ICEs.  The moderator (John German, I think) from Honda said that there are Diesel engines running in labs that exceed SULEV emission requirements, though it is uncertain whether the necessary modifications are economical.<br><br>

The CARB person and national labs people were very positive about PHEVs, but the OEM people and related labs see Li-ion batteries as the only option, and are VERY skeptical of their reliability, longevity, safety, and cost, even for ordinary hybrids.  At the end of the day all the speakers formed a panel that answered questions.  I asked if a third-party battery ownership or warranty effort such as we are working on to bridge the risk gap could be effective in getting early fleets of PHEVs built with today's batteries.  No one was receptive to this idea.<br>

They all fell back on &quot;they're too expensive&quot;.  (Of course that too is a chicken-and-egg problem that a Toyota-HEV-like willingness to move forward would solve (or they could use NiMH at first) -- but I still perceived no willingness or desire to do so.)<br><br>

/ron</blockquote>At 11:30 PM 2/7/2007, Ron Gremban wrote:<br>
<blockquote type=cite class=cite cite="">My sense from Mike Tamor here at the SAE convention today is that PHEVs (as well as biofuels) are eventually inevitable (necessitated by global warming and coming petroleum shortages), but that Ford is interested in working on delivering the technology ONLY in the case of MAJOR economic commitments by other players -- electric utilities, government, battery manufacturers, etc. -- to make them economical.<br><br>

/ron<br><br>
Felix Kramer wrote:<br>
<blockquote type=cite class=cite cite="">Tim O'Brien retired at year end. Bill and Jay's consultancy with Piquette ended (when you're letting go of 35,000 people, it's hard to keep consultants on). Reduces our inside chances with Ford, for sure. But I'm working other angles with Mulally...</blockquote></blockquote></blockquote><br>

&lt;!D2S:felixk@pop.mindspring.com/good/e8158fe0/&gt;<br><br>
</blockquote></body>
</html>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)


EXHIBIT D
PAGE 42

| From: | Felix Kramer <fkramer@calcars.org> |
|---|---|
| Sent: | Tuesday, January 9, 2007 10:34 PM |
| To: | Dave Bagshaw <bagshaw2@gmail.com> |
| Subject: | Re: GOOGLE proposal |

<html>
<body>
I'd actually expect to front-load this--it really is a 2Q budget, not 3 or 4, I'll add a comment in note about budget.<br><br>

Thanks<br><br>
At 07:18 PM 1/9/2007, Dave Bagshaw wrote:<br>
<blockquote type=cite class=cite cite="">One thing that makes budgets more acceptable in the budget process of<br>
approvals is spreading the expenditures out over quarters.<br>
Realistically we wont find all the people we need in the first couple<br>
of months.  So Q1 will be $50k or so Q2 $150 etc.  I think this would<br>
make the proposal easier to approve.  I reccomend tthat you parse out<br>
the dollars over 4 or 5 quarters and send to Aimee.<br>
Dave<br><br>
&lt;!D2S:felixk@pop.mindspring.com/good/2a2f1bcf/&gt;<br><br>
</blockquote></body>
</html>

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)

EXHIBIT D
PAGE 43

TCCI019505

| | |
|---|---|
| **From:** | Felix Kramer <fkramer@calcars.org> |
| **Sent:** | Sunday, December 24, 2006 8:29 AM |
| **To:** | Dave Bagshaw <bagshaw2@gmail.com> |
| **Subject:** | I hope you're having a great time. |

Hi Dave

I forgot when you're out of town....if you're already gone, have fun (surrounded by all your favorite women). If not, I also forget if you still run...if so, happy to go out sometime.

Sometime when you get a chance I'd love to hear about your trip to Davis (and the state of Andy's latest car).

Lots of good ideas percolating around.....thanks for all your help to date and looking forward to many great moments.

Merry Christmas

Felix

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY -
Civil Action No. 07-723 AG(MLGx)


EXHIBIT D
PAGE 44

EXHIBIT E

-----Original Message-----
**From:** G. Warren Bleeker
**Sent:** Monday, June 23, 2008 5:16 PM
**To:** 'Pistorino, James'
**Cc:** Hockin, Laurie
**Subject:** RE: Calcar, Inc., et al. v. The California Cars Initiative, et al.: Bagshaw deposition

James--

I'm not sure how you define "due course" but it has now been 10 days since your below email and you have yet to respond. As you know, the deadline for completing 3rd party depositions is June 30. We met and conferred most recently on June 19 at which time you again refused to provide available dates for Mr. Bagshaw's deposition, stating that you had served your objections. Given that Mr. Bagshaw failed to comply with the subpoena, and that as of this afternoon, you have yet to provide us with available dates, we will proceed with our discovery motion to enforce the subpoena and will seek sanctions.

Please contact me immediately if you intend to make Mr. Bagshaw available for deposition.

--Warren

> -----Original Message-----
> **From:** Pistorino, James [mailto:PistorinoJ@howrey.com]
> **Sent:** Friday, June 13, 2008 4:43 PM
> **To:** G. Warren Bleeker
> **Cc:** Moore, Eric; Cote, Frank; Hockin, Laurie
> **Subject:** RE: Calcar, Inc., et al. v. The California Cars Initiative, et al.: Bagshaw deposition
>
> Warren,
>
> As I previously indicated, Mr. Bagshaw will not be appearing on June 17.
>
> I am considering your letter of yesterday and will respond in due course when I have had an opportunity to consult with my client.
>
> Regards,
> James Pistorino
>
> **From:** G. Warren Bleeker [mailto:warren.bleeker@cph.com]
> **Sent:** Fri 6/13/2008 7:27 PM
> **To:** Pistorino, James
> **Cc:** Moore, Eric
> **Subject:** FW: Calcar, Inc., et al. v. The California Cars Initiative, et al.: Bagshaw deposition
>
> James--
>
> In order for us to finalize travel plans and a court reporter, please confirm whether Mr. Bagshaw will appear on June 17 for deposition and if not, whether you will be providing us with additional dates.
>
> Regards,
> Warren
> -----Original Message-----
> **From:** G. Warren Bleeker
> **Sent:** Thursday, June 12, 2008 3:18 PM
> **To:** 'Pistorino, James'
> **Cc:** Moore, Eric
> **Subject:** RE: Calcar, Inc., et al. v. The California Cars Initiative, et al.: Bagshaw deposition
>
> James--



EXHIBIT E
PAGE 45

Please see the attached correspondence.

Regards,
Warren

G. Warren Bleeker
Christie, Parker and Hale, LLP
350 W. Colorado Blvd., Suite 500
Pasadena, CA 91105
Tel. (626) 683-4521
Fax: (626) 577-8800
warren.bleeker@cph.com

The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.

-----Original Message-----
**From:** Hockin, Laurie [mailto:HockinL@howrey.com]
**Sent:** Thursday, June 05, 2008 5:09 PM
**To:** G. Warren Bleeker
**Cc:** Pistorino, James; Ghajar, Bobby; Rooklidge, William; Hill, Russell; Moore, Eric
**Subject:** Calcar, Inc., et al. v. The California Cars Initiative, et al.

Dear Mr. Bleeker,

Attached please find correspondence from James Pistorino regarding the above-referenced matter. The original will follow via U.S. Mail.

Sincerely,
Laurie

-------------------------------------------------------------------------
Laurie M. Hockin
Assistant to James F. Valentine, Daniel T. Shvodian & James C. Pistorino
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Direct: 650.798.3536    Fax: 650.798.3600
E-Mail: HockinL@howrey.com
-------------------------------------------------------------------------

-------------------------------------------------------------------------------------
This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this email. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited. If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original documents at no cost to you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided. Howrey LLP consists of two separate limited liability partnerships, one formed in the United States (Howrey US) and one formed in the United Kingdom (Howrey UK). Howrey UK is registered in England and Wales under number OC311537 and regulated by the Solicitors Regulation Authority (http://www.sra.org.uk/code-of-conduct.page). Howrey's London and Paris offices are operated as part of Howrey UK. A list of the partners of Howrey UK is available for inspection at its registered office: 22



**EXHIBIT** _E_
**PAGE** 46

Tudor Street, London EC4Y 0AY. A consolidated list of all Howrey US and Howrey UK attorneys and jurisdictions where they are authorized to practice and/or are registered can be obtained by contacting emailrequest@howrey.com.

-------------------------------------------------------------------------------------------------------

EXHIBIT E
PAGE 47

EXHIBIT F



**HOWREY** LLP

Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
www.howrey.com

James C. Pistorino
Partner
T 650.798.3580
F 650.798.3600
PistorinoJ@howrey.com

June 24, 2008

FILE: 08085.0214.000000

**Via E-Mail & U.S. Mail**
warren.bleeker@cph.com

G. Warren Bleeker, Esq.
Christie Parker Hale LLP
350 W. Colorado Blvd., Suite 500
Pasadena, CA 91105

Re:     *Calcar, Inc., et al. v. The California Cars Initiative, et al.*
        U.S.D.C. C.D. Cal. Case No. SACV 07-00723 AG (MLGx)

Dear Mr. Bleeker:

I am writing in response to your letter of June 12, 2008 and subsequent emails concerning Calcar, Inc.'s subpoena to Dave Bagshaw. As you know, The California Cars Initiative (TCCI) is a non-profit group dedicated to advocating the use of plug-in electric hybrid vehicles. Mr. Bagshaw was a volunteer to TCCI for a brief period in 2006. Mr. Bagshaw is a third party to this litigation and properly served objections to the subpoena on June 5, 2008.

Your most recent email asserts that Mr. Bagshaw "failed to comply with the subpoena" and that Calcar "will seek sanctions." As noted above, Mr. Bagshaw timely served objections on June 5 and, therefore, satisfied all of his duties with regard to the subpoena. The claim that Calcar "will seek sanctions" appears to be a standard part of Calcar's communications. Though I have only been involved in this matter for a brief period, during that brief period, this marks the third time that you baselessly have made such a statement in regards to various matters. That conduct is not consistent with your obligations.

As noted in my letter of June 5, 2008, service on Mr. Bagshaw was improper, at least, because Mr. Bagshaw was not provided with witness or mileage fees. Mr. Bagshaw reports that the process server was flustered and shuffling a lot of papers before finally handing Mr. Bagshaw papers that did not include a check for witness or mileage fees. Mr. Bagshaw is prepared to execute an affidavit to this effect if necessary.

In addition, as I also noted in my letter of June 5, Mr. Bagshaw does not appear to have any relevant information and your letter and email do not identify any. We fail to see the relevance of any of the alleged information identified by you to plaintiff's claim of trademark infringement.

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MADRID  MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC



EXHIBIT F
PAGE 48

**HOWREY** LLP

G. Warren Bleeker, Esq.
June 24, 2008
Page 2


Finally, Mr. Bagshaw is also not inclined to appear as a result of your conduct during the Gremban deposition. As you know, Mr. Gremban is also a volunteer to TCCI. During the deposition, you openly mocked Mr. Gremban by laughing at him and the answers that you did not like. That conduct was plainly improper and amounts to nothing less than being abusive to the witness. Mr. Bagshaw will not voluntarily subject himself to that conduct and, for this additional reason, declines your request that he appear for deposition.

Sincerely,

James Pistorino

JCP:lmh

EXHIBIT F
PAGE 49

EXHIBIT G



CHRISTIE|PARKER|HALE LLP
Leaders in Intellectual Property Law & Complex Litigation

PASADENA OFFICE
350 W. Colorado Blvd., Suite 500
Pasadena, CA 91105
Post Office Box 7068
Pasadena, CA 91109-7068
E-mail: info@cph.com
Tel: (626) 795-9900 · Fax: (626) 577-8800

June 12, 2008

**VIA EMAIL**

Mr. James Pistorino
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303

James B. Christie    (1904-195
Robert L. Parker    (1920-198
C. Russell Hale    (1916-200

D. Bruce Prout
Walter G. Maxwell
David A. Dillard
Thomas J. Daly
Edward R. Schwartz
John D. Carpenter
Wesley W. Monroe
David A. Plumley
Gregory S. Lampert
Mark Garscia
Syed A. Hasan
Robert A. Green
Howard A. Kroll
Michael J. MacDermott
Anne Wang
Constantine Marantidis
Daniel M. Cavanagh
Gary J. Nelson
Raymond R. Tabandeh
Josephine E. Chang
Jun-Young E. Jeon
Brian K. Brookey
David J. Steele
Gary S. Dukarich
Peter C. Hsueh
Oliver S. Bajracharya
Lauren E. Schneider
Saeid Mirsaflan, Ph.D.
Gabriel Fitch
Tiffany A. Parcher
Jonas J. Hodges
Steven E. Lauridsen
Patrick J. Orme
Nikki M. Dossman
Derek W. Yeung
G. Warren Bleeker
Jason C. Martone
Jeffrey T. Burgess
Uyen N. Tang
Joshua T. Chu
Anne F. Bradley
Joseph J. Mellema
Daniel L. Essig
Danielle M. Criona

**Of Counsel**
Hayden A. Carney
Richard J. Ward, Jr.
Richard A. Wallen
Daniel R. Kimbell
Richard J. Paclulan*

*Admitted only in MA

Re:    **Calcar, Inc. *et al.* v. The California Cars Initiative, *et al.*, Case No. SACV 07-00723 AG (JWJx) (C.D. Cal.): Deposition of Dave Bagshaw CPH Ref. C685:100.1**

Dear James:

This letter is in response to your correspondence regarding the deposition subpoena personally served on Dave Bagshaw on May 27, 2008.

Your letter is inaccurate in a number of respects. You claim that the subpoena dated May 23, 2008 was "sent" to Mr. Bagshaw. This subpoena was personally served on Mr. Bagshaw on May 27, 2008. Attached is the proof of service. You claim that service "does not appear . . . proper." Your only basis for challenging service, however, is your assertion that witness fees and mileage were not included. Your assertion is wrong. Mr. Bagshaw was served with a check for witness fees and mileage totaling $83.80. In addition to the proof of service, which evidences this fact, also enclosed is a copy of the check that was personally served on Mr. Bagshaw.

You object that Mr. Bagshaw is unavailable on June 17 due to a previous commitment. The subpoena requires his appearance on that date. However, we are willing to consider alternate dates. Please provide me with dates that Mr. Bagshaw is available for deposition.

Finally, you object that Mr. Bagshaw "does not appear to have any relevant information." This objection has no merit. According to TCCI's website, Mr. Bagshaw is a "Senior Advisor" to TCCI and is "actively involved in shaping key initiatives of the non-profit start-up, including possible organization of a spin-of for-profit company." Among other things, Mr. Bagshaw has knowledge of TCCI's "steps toward commercialization." Such knowledge is directly relevant to TCCI's claim that it does not intend to sell or offer for sale any products. In addition, Mr.



EXHIBIT G
PAGE 58



CHRISTIE|PARKER|HALE LLP

Mr. James Pistorino
Howrey LLP
June 12, 2008
Page 2


Bagshaw has knowledge relevant to the likelihood of confusion analysis.  Plaintiffs
independently have good cause to depose Mr. Bagshaw on the basis that he is identified in
thousands of relevant documents produced by TCCI and Kramer.

      Unless and until we can mutually agree on an alternate date, we will expect the
deposition to go forward on June 17.


                              Sincerely,

                              G. Warren Bleeker


GWB/gwb

Enclosure

GWB PAS799197.1-*-06/12/08 3:07 PM


EXHIBIT G
PAGE 51


cph CHRISTIE|PARKER|HALE llp
Leaders in Intellectual Property Law & Complex Litigation

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CHRISTIE, PARKER & HALE<br>350 W. COLORADO BLVD.<br>SUITE: #500<br>PASADENA, CA 91105<br>Telephone No: 626 795-9900       FAX No: 626 577-8800 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>99605 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CALCAR, INC., AMERICAN CALCAR, INC., et al.

Defendant: THE CALIFORNIA CARS INITIATIVE, INC., et al.

| PROOF OF SERVICE<br>SUBPOENA IN A CIVIL | Hearing Date:<br>Tue, Jun. 17, 2008 | Time:<br>9:30AM | Dept/Div: | Case Number:<br>SACV07-00723 AG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION OF DAVE BAGSHAW

3. a. Party served:                    DAVE BAGSHAW

4. Address where the party was served:        49 PARKER AVENUE
                                              ATHERTON, CA 94027

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 27, 2008 (2) at: 6:15PM
   b. I received this subpena for service on:        Friday, May 23, 2008

6. Witness fees were offered or demanded, and paid:    $83.80

7. **Person Who Served Papers:**                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAVID NORIEGA                          d. *The Fee for Service was:*
   b. **CORPORATE LEGAL SERVICES**           e. I am: (3) registered California process server
      PO BOX 27975, Registration # 2296            (i) Independent Contractor
      LOS ANGELES, CA 90027                        (ii) Registration No.:        1028
   c. 213 202-6030, FAX 213 202-6045               (iii) County:             Santa Clara
                                                    (iv) Expiration Date:     Fri, Jan. 16, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Thu, May. 29, 2008

Judicial Council Form                    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007    SUBPOENA IN A CIVIL        (DAVID NORIEGA)    32518.chrpa.32518

EXHIBIT G
PAGE 58

TAX DEDUCTIBLE ITEM ➡ ☐

**COUNTY LEGAL & NOTARY SERVICE**
(408) 295-2700
255 N. MARKET STREET, SUITE 246
SAN JOSE, CA 95110

45634

05/27/2008                                90-78-1211

Dave Bagshaw

Eighty-three and 80/100

PAID FOR'D

THIS PAYMENT  83 80

BALANCE

DEPOSIT

BAL. FOR'D

**BANK OF THE WEST**
1-800-488-2265

8 5333

⑈045634⑈ ⑆121100782⑆  003004321⑈

**NOT NEGOTIABLE**

EXHIBIT G
PAGE 53