**1**  ART HASAN, CA Bar No. 167323
art.hasan@cph.com
**2**  BRIAN K. BROOKEY, CA Bar No. 149522
brian.brookey@cph.com
**3**  G. WARREN BLEEKER, CA Bar No. 210834
warren.bleeker@cph.com
**4**  **CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
**5**  Post Office Box 7068
Pasadena, California 91109-7068
**6**  Telephone: (626) 795-9900
Facsimile: (626) 577-8800
**7**
Attorneys for Plaintiffs,
**8**  CALCAR, INC. and AMERICAN CALCAR, INC.

**9**              UNITED STATES DISTRICT COURT

**10**              NORTHERN DISTRICT OF CALIFORNIA

**11**

| | |
|---|---|
| **12** CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a **13** Delaware corporation, **14**         Plaintiff(s), **15**         vs. **16** THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and **17** FELIX KRAMER, an individual, **18**         Defendant(s). | Case No. 3:08-MC-80083 MHP (WDBx) **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEPOSITION TESTIMONY FROM THIRD PARTY DAVE BAGSHAW** DATE:  August 6, 2008 TIME:   4:00 p.m. CTRM:  4, 3rd Floor **Honorable Wayne D. Brown** |

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

-1-

**1**   The Court having read and considered the papers supporting and opposing the motion
**2**   of Plaintiffs Calcar, Inc. and American Calcar, Inc. ("Calcar") to compel Rule 30(b)(6)
**3**   deposition testimony from third party Dave Bagshaw ("Bagshaw"), and good cause appearing,
**4**       **IT IS ORDERED**, that Calcar's motion is granted,
**5**       **IT IS FURTHER ORDERED** that Bagshaw will make himself available for
**6**   deposition by Calcar, under Federal Rule of Civil Procedure 45, at Arnold & Porter LLP, 90
**7**   Montgomery Street, San Francisco, California 94105 on or before July 16, 2008.

**9**   DATED: _____

    Wayne D. Brazil
**10**   U.S. District Court Judge

BLV PAS800999.1-*-06/26/08 5:54 PM