**ART HASAN, CA Bar No. 167323**
art.hasan@cph.com
**BRIAN K. BROOKEY, CA Bar No. 149522**
brian.brookey@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**CHRISTIE, PARKER & HALE, LLP**
**350 West Colorado Boulevard, Suite 500**
**Post Office Box 7068**
**Pasadena, California 91109-7068**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

Attorneys for Plaintiffs,
CALCAR, INC. and AMERICAN CALCAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware corporation,<br><br>                Plaintiff(s),<br><br>        vs.<br><br>THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual,<br><br>                Defendant(s). | Case No. 3:08-MC-80083 MHP (WDBx)<br><br>Underlying Civil Action Pending in U.s. District Court for the Central District of California (Civil Action Case No. SACV07-00723)<br><br>**DECLARATION OF G. WARREN BLEEKER IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME**<br><br>**Honorable Wayne D. Brazil** |

I, G. Warren Bleeker, declare and state as follows:

1.    I am an attorney with the law firm Christie, Parker & Hale, LLP , counsel for Plaintiffs in this Action, and am admitted to practice before the United States District Court for the Central and Northern Districts of California.  I have personal knowledge of the contents of this declaration and, if called as a witness, could and would competently testify thereto.

2.    On May 23, 2008, Calcar personally served Dave Bagshaw with a subpoena issued from this Court and a check for witness fees and mileage for deposition testimony.

-1-

1    Exhibits A and B attached hereto are true and correct copies of the subpoena and check.

2        3.    Mr. Bagshaw did not respond for nearly two weeks after being served the

3    subpoena. Mr. Bagshaw's counsel, James Pistorino, sent a letter to me on June 5, 2008.

4    Attached hereto as Exhibit C is a true and correct copy of the June 5, 2008 letter.

5        4.    I sent a letter to Mr. Pistorino on June 12, 2008, enclosing proof of personal

6    service of both the subpoena and check for witness fees and mileage fees along with a copy of

7    the check. Attached hereto as Exhibit D is a true and correct copy of the June 12, 2008 letter.

8        5.    In a series of email exchanges Mr. Pistorino indicated that "Bagshaw will not be

9    appearing on June 17." Mr. Pistorino claimed in his email he would "respond in due course,"

10    but he did not. Attached hereto as Exhibit E is a true and correct copy of that email string. The

11    June 17 deposition date passed without any action or communication from Mr. Bagshaw or Mr.

12    Pistorino.

13        6.    On June 19, 2008, Mr. Pistorino and I met and conferred in compliance with

14    Local Rule 37-1(a) to resolve this discovery dispute.

15        7.    On June 23, I sent another email to Mr. Pistorino to see if Mr. Bagshaw would

16    comply with the subpoena and appear for his deposition. Attached hereto as Exhibit F is a true

17    and correct copy of that email string.

18        8.    Attached hereto as Exhibit G is a true and correct copy of a letter sent to me by

19    Mr. Pistorino on June 24, 2008. Mr. Pistorino's letter makes false accusations regarding my

20    conduct during the deposition of Ronald Gremban. At no time did I laugh at any witness.

21    During that deposition, Mr. Pistorino made numerous speaking objections and instructed the

22    witness not to answer questions based on a claim of attorney client privilege regarding

23    information shared with multiple third parties.

24        9.    Upon information and belief, Mr. Bagshaw is a Senior Advisor to Defendant

25    The California Cars Initiative, Inc. ("TCCI") according to TCCI's web site. Attached hereto as

26    Exhibit H is a true and correct copy of that web site accessed by me on June 24, 2008.

27        10.    With the exception of the April 7, 2008 Central District Court Order modifying

28    the discovery schedule, no other modifications have occurred either by stipulation or Court

CHRISTIE, PARKER & HALE, LLP

1    order.

2         I declare under penalty of perjury under the laws of the United States of America that

3    the foregoing is true and correct.  This declaration is executed on June 26, 2008 in San

4    Francisco, California.

5

6

7                                              G. Warren Bleeker

8

9         PJO PAS801005.1-*-06/26/08 4:50 PM

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

CHRISTIE, PARKER & HALE, LLP

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008 I electronically filed the document described as DECLARATION OF G. WARREN BLEEKER IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME with the Clerk of the Court using the ECF system which will send notification of such filing to the parties. I further certify that I have served a true copy of the paper via electronic mail to the non-ECF participants as follows:

William C. Rooklidge
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California 92614-8557

e-mail: rooklidgew@howrey.com

James Pistornio
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303

e-mail: pistorinoj@howrey.com


/s/Betty L. Venuti
Betty L. Venuti

EXHIBIT A

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| CHRISTIE, PARKER & HALE<br>350 W. COLORADO BLVD.<br>SUITE: #500<br>PASADENA, CA 91105<br>Telephone No: 626 795-9900        FAX No: 626 577-8800 | | | | | |
| Attorney for: Plaintiff | | | Ref. No. or File No.:<br>99605 | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | | |

United States District Court Northern District Of California

Plaintiff: CALCAR, INC., AMERICAN CALCAR, INC., et al.

Defendant: THE CALIFORNIA CARS INITIATIVE, INC., et al.

| PROOF OF SERVICE<br>SUBPOENA IN A CIVIL | Hearing Date:<br>Tue, Jun. 17, 2008 | Time:<br>9:30AM | Dept/Div: | Case Number:<br>SACV07-00723 AG |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION OF DAVE BAGSHAW

3. a. Party served:                         DAVE BAGSHAW

4. Address where the party was served:        49 PARKER AVENUE<br>ATHERTON, CA 94027

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 27, 2008 (2) at: 6:15PM
   b. *I received this subpena for service on:*        Friday, May 23, 2008

6. *Witness fees were offered or demanded, and paid:*        $83.80

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAVID  NORIEGA                         d.  *The Fee for Service was:*
   b. **CORPORATE LEGAL SERVICES**           e.  I am: (3) registered California process server
      PO BOX 27975, Registration # 2296            (i)   Independent Contractor
      LOS ANGELES, CA 90027                         (ii)  *Registration No.:*        1028
   c. 213 202-6030, FAX 213 202-6045               (iii) *County:*                  Santa Clara
                                                    (iv)  *Expiration Date:*        Fri, Jan. 16, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Thu, May. 29, 2008

Judicial Council Form                                 PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007               SUBPOENA IN A CIVIL                  (DAVID  NORIEGA)        32518.chrpa.32518

EXHIBIT A
PAGE 4

EXHIBIT B

TAX DEDUCTIBLE ITEM ☐

**COUNTY LEGAL & NOTARY SERVICE**
(408) 295-2700
255 N. MARKET STREET, SUITE 246
SAN JOSE, CA 95110

45634

90-75-1211

05/27/2008

FOR'D

Dave Bagshaw

THIS PAYMENT    83 80

Eighty-three and 80/100

BALANCE

DEPOSIT

**BANK OF THE WEST**
1-800-488-2265

BAL FOR'D

85333

⑆045634⑆ ⑉121100782⑉ 00300⑆321⑈

**NOT NEGOTIABLE**

EXHIBIT B
PAGE 5

EXHIBIT C



Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
www.howrey.com

**James C. Pistorino**
Partner
T 650.798.3580
F 650.798.3600
PistorinoJ@howrey.com

June 5, 2008

FILE: 08085.0214.000000

**VIA E-MAIL & U.S. MAIL**
**warren.bleeker@cph.com**

G. Warren Bleeker, Esq.
CHRISTIE PARKER HALE LLP
350 W. Colorado Blvd., Suite 500
Pasadena, CA 91105

Re:     *Calcar, Inc., et al. v. The California Cars Initiative, et al.*
        U.S.D.C. C.D. Cal. Case No. SACV 07-00723 AG (MLGx)

Dear Mr. Bleeker:

I represent Mr. Dave Bagshaw in regard to the subpoena dated May 23, 2008 sent to him by the plaintiffs in the above-referenced action. The subpoena demands that Mr. Bagshaw appear at a deposition scheduled for June 17, 2008 at 9:30 am.

As an initial matter, it does not appear that service on Mr. Bagshaw was proper. At a minimum, it appears that no witness fees or mileage fees were provided with the subpoena. Accordingly, service was improper. In addition, Mr. Bagshaw objects to the subpoena because he is unavailable on June 17 due to a previous commitment. Finally, Mr. Bagshaw objects to the subpoena on the grounds that it is unduly burdensome in light of the fact that Mr. Bagshaw does not appear to have any relevant information.

Sincerely,

James Pistorino

JCP:lmh

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MADRID  MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

**EXHIBIT** C
**PAGE** 6

# EXHIBIT D



**CHRISTIE | PARKER | HALE** LLP
Leaders in Intellectual Property Law & Complex Litigation

PASADENA OFFICE
350 W. Colorado Blvd., Suite 500
Pasadena, CA 91105
Post Office Box 7068
Pasadena, CA 91109-7068
E-mail: info@cph.com
Tel: (626) 795-9900 · Fax: (626) 577-8800

June 12, 2008

**VIA EMAIL**

Mr. James Pistorino
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303

James B. Christie   (1904-195
Robert L. Parker    (1920-198
C. Russell Hale     (1916-200

D. Bruce Prout
Walter G. Maxwell
David A. Dillard
Thomas J. Daly
Edward R. Schwartz
John D. Carpenter
Wesley W. Monroe
David A. Plumley
Gregory S. Lampert
Mark Garscia
Syed A. Hasan
Robert A. Green
Howard A. Kroll
Michael J. MacDermott
Anne Wang
Constantine Marantidis
Daniel M. Cavanagh
Gary J. Nelson
Raymond R. Tabandeh
Josephine E. Chang
Jun-Young E. Jeon
Brian K. Brookey
David J. Steele
Gary S. Dukarich
Peter C. Hsueh
Oliver S. Bajracharya
Lauren E. Schneider
Saeid Mirsafian, Ph.D.
Gabriel Fitch
Tiffany A. Parcher
Jonas J. Hodges
Steven E. Lauridsen
Patrick J. Orme
Nikki M. Dossman
Derek W. Yeung
G. Warren Bleeker
Jason C. Martone
Jeffrey T. Burgess
Uyen N. Tang
Joshua T. Chu
Anne F. Bradley
Joseph J. Mellema
Daniel L. Essig
Danielle M. Criona

**Of Counsel**
Hayden A. Carney
Richard J. Ward, Jr.
Richard A. Wallen
Daniel R. Kimbell
Richard J. Paciulan*

*Admitted only in MA

Re:   **Calcar, Inc.** *et al.* **v. The California Cars Initiative,** *et al.***, Case No.
      SACV 07-00723 AG (JWJx) (C.D. Cal.): Deposition of Dave Bagshaw
      CPH Ref. C685:100.1**

Dear James:

      This letter is in response to your correspondence regarding the deposition
subpoena personally served on Dave Bagshaw on May 27, 2008.

      Your letter is inaccurate in a number of respects.  You claim that the
subpoena dated May 23, 2008 was "sent" to Mr. Bagshaw.  This subpoena was
personally served on Mr. Bagshaw on May 27, 2008.  Attached is the proof of
service.  You claim that service "does not appear . . . proper."  Your only basis for
challenging service, however, is your assertion that witness fees and mileage were
not included.  Your assertion is wrong.  Mr. Bagshaw was served with a check for
witness fees and mileage totaling $83.80.  In addition to the proof of service, which
evidences this fact, also enclosed is a copy of the check that was personally served
on Mr. Bagshaw.

      You object that Mr. Bagshaw is unavailable on June 17 due to a previous
commitment.  The subpoena requires his appearance on that date.  However, we are
willing to consider alternate dates.  Please provide me with dates that Mr. Bagshaw
is available for deposition.

      Finally, you object that Mr. Bagshaw "does not appear to have any relevant
information."  This objection has no merit.  According to TCCI's website, Mr.
Bagshaw is a "Senior Advisor" to TCCI and is "actively involved in shaping key
initiatives of the non-profit start-up, including possible organization of a spin-off
for-profit company."  Among other things, Mr. Bagshaw has knowledge of TCCI's
"steps toward commercialization."  Such knowledge is directly relevant to TCCI's
claim that it does not intend to sell or offer for sale any products.  In addition, Mr.



**EXHIBIT** D
**PAGE** 7



Mr. James Pistorino
Howrey LLP
June 12, 2008
Page 2


Bagshaw has knowledge relevant to the likelihood of confusion analysis.  Plaintiffs independently have good cause to depose Mr. Bagshaw on the basis that he is identified in thousands of relevant documents produced by TCCI and Kramer.

     Unless and until we can mutually agree on an alternate date, we will expect the deposition to go forward on June 17.


                        Sincerely,

                        G. Warren Bleeker


GWB/gwb

Enclosure

GWB PAS799197.1-*-06/12/08 3:07 PM



EXHIBIT D
PAGE 2



| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CHRISTIE, PARKER & HALE<br>350 W. COLORADO BLVD.<br>SUITE: #500<br>PASADENA, CA 91105<br>Telephone No: 626 795-9900     FAX No: 626 577-8800 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>99605 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

Plaintiff: CALCAR, INC., AMERICAN CALCAR, INC., et al.

Defendant: THE CALIFORNIA CARS INITIATIVE, INC., et al.

| PROOF OF SERVICE<br>SUBPOENA IN A CIVIL | Hearing Date:<br>Tue, Jun. 17, 2008 | Time:<br>9:30AM | Dept/Div: | Case Number:<br>SACV07-00723 AG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION OF DAVE BAGSHAW

3. a. Party served:                          DAVE BAGSHAW

4. Address where the party was served:       49 PARKER AVENUE
                                             ATHERTON, CA 94027

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 27, 2008 (2) at: 6:15PM
   b. I received this subpena for service on:       Friday, May 23, 2008


6. Witness fees were offered or demanded, and paid:     $83.80


7. **Person Who Served Papers:**                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAVID  NORIEGA                          d.   **The Fee for Service was:**
   b. **CORPORATE LEGAL SERVICES**            e.   I am: (3)  registered California process server
      PO BOX 27975, Registration # 2296              (i)    Independent Contractor
      LOS ANGELES, CA 90027                          (ii)   Registration No.:     1028
   c. 213 202-6030, FAX 213 202-6045                 (iii)  County:               Santa Clara
                                                     (iv)   Expiration Date:      Fri, Jan. 16, 2009


8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Thu, May. 29, 2008

EXHIBIT D
PAGE 9

TAX DEDUCTIBLE ITEM ➡ ☐

**COUNTY LEGAL & NOTARY SERVICE**
(408) 295-2700
255 N. MARKET STREET, SUITE 246
SAN JOSE, CA 95110

45634

90-78-1211

05/27/2008

Dave Bagshaw

Eighty-three and 80/100

THIS PAYMENT    83 80
BALANCE
DEPOSIT
BAL FOR'D

**BANK OF THE WEST**
1-800-488-2265

83383

⑈045634⑈ ⑆121100782⑈    003001321⑈    **NOT NEGOTIABLE**

EXHIBIT D
PAGE 15

EXHIBIT E

-----Original Message-----
**From:** G. Warren Bleeker
**Sent:** Wednesday, June 18, 2008 6:14 PM
**To:** 'Pistorino, James'
**Subject:** RE: Calcar, Inc., et al. v. The California Cars Initiative, et al.: Bagshaw deposition

James--

Do you have some additional dates for Mr. Bagshaw?  Please provide those dates by Friday, or we will be forced to move to compel.

--Warren

    -----Original Message-----
    **From:** Pistorino, James [mailto:PistorinoJ@howrey.com]
    **Sent:** Friday, June 13, 2008 4:43 PM
    **To:** G. Warren Bleeker
    **Cc:** Moore, Eric; Cote, Frank; Hockin, Laurie
    **Subject:** RE: Calcar, Inc., et al. v. The California Cars Initiative, et al.: Bagshaw deposition

    Warren,

    As I previously indicated, Mr. Bagshaw will not be appearing on June 17.

    I am considering your letter of yesterday and will respond in due course when I have had an opportunity to consult with my client.

    Regards,
    James Pistorino

    **From:** G. Warren Bleeker [mailto:warren.bleeker@cph.com]
    **Sent:** Fri 6/13/2008 7:27 PM
    **To:** Pistorino, James
    **Cc:** Moore, Eric
    **Subject:** FW: Calcar, Inc., et al. v. The California Cars Initiative, et al.: Bagshaw deposition

    James--

    In order for us to finalize travel plans and a court reporter, please confirm whether Mr. Bagshaw will appear on June 17 for deposition and if not, whether you will be providing us with additional dates.

    Regards,
    Warren
    -----Original Message-----
    **From:** G. Warren Bleeker
    **Sent:** Thursday, June 12, 2008 3:18 PM
    **To:** 'Pistorino, James'
    **Cc:** Moore, Eric
    **Subject:** RE: Calcar, Inc., et al. v. The California Cars Initiative, et al.: Bagshaw deposition

    James--

    Please see the attached correspondence.

    Regards,
    Warren

    G. Warren Bleeker



EXHIBIT
PAGE

Christie, Parker and Hale, LLP
350 W. Colorado Blvd., Suite 500
Pasadena, CA 91105
Tel. (626) 683-4521
Fax: (626) 577-8800
warren.bleeker@cph.com

The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.

-----Original Message-----
**From:** Hockin, Laurie [mailto:HockinL@howrey.com]
**Sent:** Thursday, June 05, 2008 5:09 PM
**To:** G. Warren Bleeker
**Cc:** Pistorino, James; Ghajar, Bobby; Rooklidge, William; Hill, Russell; Moore, Eric
**Subject:** Calcar, Inc., et al. v. The California Cars Initiative, et al.

Dear Mr. Bleeker,

Attached please find correspondence from James Pistorino regarding the above-referenced matter. The original will follow via U.S. Mail.

Sincerely,
Laurie

----------------------------------------------------------------------
Laurie M. Hockin
Assistant to James F. Valentine, Daniel T. Shvodian & James C. Pistorino
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Direct: 650.798.3536    Fax: 650.798.3600
E-Mail: HockinL@howrey.com
----------------------------------------------------------------------

-----------------------------------------------------------------------------
This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this email. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited. If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original documents at no cost to you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided. Howrey LLP consists of two separate limited liability partnerships, one formed in the United States (Howrey US) and one formed in the United Kingdom (Howrey UK). Howrey UK is registered in England and Wales under number OC311537 and regulated by the Solicitors Regulation Authority (http://www.sra.org.uk/code-of-conduct.page). Howrey's London and Paris offices are operated as part of Howrey UK. A list of the partners of Howrey UK is available for inspection at its registered office: 22 Tudor Street, London EC4Y 0AY. A consolidated list of all Howrey US and Howrey UK attorneys and jurisdictions where they are authorized to practice and/or are registered can be obtained by contacting emailrequest@howrey.com.
-----------------------------------------------------------------------------



EXHIBIT E
PAGE 12

EXHIBIT F

-----Original Message-----
**From:** G. Warren Bleeker
**Sent:** Monday, June 23, 2008 5:16 PM
**To:** 'Pistorino, James'
**Cc:** Hockin, Laurie
**Subject:** RE: Calcar, Inc., et al. v. The California Cars Initiative, et al.: Bagshaw deposition

James--

I'm not sure how you define "due course" but it has now been 10 days since your below email and you have yet to respond. As you know, the deadline for completing 3rd party depositions is June 30. We met and conferred most recently on June 19 at which time you again refused to provide available dates for Mr. Bagshaw's deposition, stating that you had served your objections. Given that Mr. Bagshaw failed to comply with the subpoena, and that as of this afternoon, you have yet to provide us with available dates, we will proceed with our discovery motion to enforce the subpoena and will seek sanctions.

Please contact me immediately if you intend to make Mr. Bagshaw available for deposition.

--Warren

> -----Original Message-----
> **From:** Pistorino, James [mailto:PistorinoJ@howrey.com]
> **Sent:** Friday, June 13, 2008 4:43 PM
> **To:** G. Warren Bleeker
> **Cc:** Moore, Eric; Cote, Frank; Hockin, Laurie
> **Subject:** RE: Calcar, Inc., et al. v. The California Cars Initiative, et al.: Bagshaw deposition
>
> Warren,
>
> As I previously indicated, Mr. Bagshaw will not be appearing on June 17.
>
> I am considering your letter of yesterday and will respond in due course when I have had an opportunity to consult with my client.
>
> Regards,
> James Pistorino
>
> **From:** G. Warren Bleeker [mailto:warren.bleeker@cph.com]
> **Sent:** Fri 6/13/2008 7:27 PM
> **To:** Pistorino, James
> **Cc:** Moore, Eric
> **Subject:** FW: Calcar, Inc., et al. v. The California Cars Initiative, et al.: Bagshaw deposition
>
> James--
>
> In order for us to finalize travel plans and a court reporter, please confirm whether Mr. Bagshaw will appear on June 17 for deposition and if not, whether you will be providing us with additional dates.
>
> Regards,
> Warren
> -----Original Message-----
> **From:** G. Warren Bleeker
> **Sent:** Thursday, June 12, 2008 3:18 PM
> **To:** 'Pistorino, James'
> **Cc:** Moore, Eric
> **Subject:** RE: Calcar, Inc., et al. v. The California Cars Initiative, et al.: Bagshaw deposition
>
> James--



EXHIBIT F
PAGE 13

Please see the attached correspondence.

Regards,
Warren

G. Warren Bleeker
Christie, Parker and Hale, LLP
350 W. Colorado Blvd., Suite 500
Pasadena, CA 91105
Tel. (626) 683-4521
Fax: (626) 577-8800
warren.bleeker@cph.com

The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.

-----Original Message-----
**From:** Hockin, Laurie [mailto:HockinL@howrey.com]
**Sent:** Thursday, June 05, 2008 5:09 PM
**To:** G. Warren Bleeker
**Cc:** Pistorino, James; Ghajar, Bobby; Rooklidge, William; Hill, Russell; Moore, Eric
**Subject:** Calcar, Inc., et al. v. The California Cars Initiative, et al.

Dear Mr. Bleeker,

Attached please find correspondence from James Pistorino regarding the above-referenced matter. The original will follow via U.S. Mail.

Sincerely,
Laurie

----------------------------------------------------------------------------
Laurie M. Hockin
Assistant to James F. Valentine, Daniel T. Shvodian & James C. Pistorino
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Direct: 650.798.3536    Fax: 650.798.3600
E-Mail: HockinL@howrey.com
----------------------------------------------------------------------------

----------------------------------------------------------------------------
This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this email. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited. If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original documents at no cost to you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided. Howrey LLP consists of two separate limited liability partnerships, one formed in the United States (Howrey US) and one formed in the United Kingdom (Howrey UK). Howrey UK is registered in England and Wales under number OC311537 and regulated by the Solicitors Regulation Authority (http://www.sra.org.uk/code-of-conduct.page). Howrey's London and Paris offices are operated as part of Howrey UK. A list of the partners of Howrey UK is available for inspection at its registered office: 22



EXHIBIT E
PAGE 14

Tudor Street, London EC4Y 0AY. A consolidated list of all Howrey US and Howrey UK attorneys and jurisdictions where they are authorized to practice and/or are registered can be obtained by contacting emailrequest@howrey.com.
-----------------------------------------------------------------------------------------------------------

EXHIBIT G

# HOWREY LLP

Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
www.howrey.com

**James C. Pistorino**
Partner
T 650.798.3580
F 650.798.3600
PistorinoJ@howrey.com

June 24, 2008

FILE:  08085.0214.000000

<u>VIA E-MAIL & U.S. MAIL</u>
warren.bleeker@cph.com

G. Warren Bleeker, Esq.
CHRISTIE PARKER HALE LLP
350 W. Colorado Blvd., Suite 500
Pasadena, CA  91105

Re:     *Calcar, Inc., et al. v. The California Cars Initiative, et al.*
         U.S.D.C. C.D. Cal. Case No. SACV 07-00723 AG (MLGx)

Dear Mr. Bleeker:

I am writing in response to your letter of June 12, 2008 and subsequent emails concerning Calcar, Inc.'s subpoena to Dave Bagshaw.  As you know, The California Cars Initiative (TCCI) is a non-profit group dedicated to advocating the use of plug-in electric hybrid vehicles.  Mr. Bagshaw was a volunteer to TCCI for a brief period in 2006.  Mr. Bagshaw is a third party to this litigation and properly served objections to the subpoena on June 5, 2008.

Your most recent email asserts that Mr. Bagshaw "failed to comply with the subpoena" and that Calcar "will seek sanctions."  As noted above, Mr. Bagshaw timely served objections on June 5 and, therefore, satisfied all of his duties with regard to the subpoena.  The claim that Calcar "will seek sanctions" appears to be a standard part of Calcar's communications.  Though I have only been involved in this matter for a brief period, during that brief period, this marks the third time that you baselessly have made such a statement in regards to various matters.  That conduct is not consistent with your obligations.

As noted in my letter of June 5, 2008, service on Mr. Bagshaw was improper, at least, because Mr. Bagshaw was not provided with witness or mileage fees.  Mr. Bagshaw reports that the process server was flustered and shuffling a lot of papers before finally handing Mr. Bagshaw papers that did not include a check for witness or mileage fees.  Mr. Bagshaw is prepared to execute an affidavit to this effect if necessary.

In addition, as I also noted in my letter of June 5, Mr. Bagshaw does not appear to have any relevant information and your letter and email do not identify any.  We fail to see the relevance of any of the alleged information identified by you to plaintiff's claim of trademark infringement.

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON  LOS ANGELES
MADRID  MUNICH  NEW YORK  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC



EXHIBIT G
PAGE 16

**HOWREY** LLP

G. Warren Bleeker, Esq.
June 24, 2008
Page 2

Finally, Mr. Bagshaw is also not inclined to appear as a result of your conduct during the Gremban deposition. As you know, Mr. Gremban is also a volunteer to TCCI. During the deposition, you openly mocked Mr. Gremban by laughing at him and the answers that you did not like. That conduct was plainly improper and amounts to nothing less than being abusive to the witness. Mr. Bagshaw will not voluntarily subject himself to that conduct and, for this additional reason, declines your request that he appear for deposition.

Sincerely,

James Pistorino

JCP:lmh

EXHIBIT G
PAGE 17

# EXHIBIT H



# CalCars
## THE CALIFORNIA CARS INITIATIVE — *100+ MPG Hybrids*



About CalCars

Plug-In Hybrids

Take Action

News and Events

Contact Us

### CEO/Entrepreneur/Engineer Dave Bagshaw is CalCars' New Senior Advisor
Dec 6, 2006 (*From the CalCars-News archive*)

Dave Bagshaw, a long-time Silicon Valley entrepreneur, has signed on as a Senior Advisor to CalCars. He will be actively involved in shaping key initiatives of the non-profit start-up, including possible organization of a spin-of for-profit company. Bagshaw was VP of Marketing at Silicon Graphics in its early high-growth days. He was Senior Vice President at @Home Networks and Excite@Home. As CEO of Shutterfly in 2003-2004, he helped grow the company to be a leader of the online digital photo and printing industry.(Shutterfly had its IPO in September, 2006.) Bagshaw has Masters degrees in business and mechanical engineering from Stanford; as part of his thermosciences focus, he worked on design of a low emissions automobile engine design.

CalCars Founder Felix Kramer said, "Dave has a stellar entrepreneurial, management and technical background. We've been trying to recruit someone with this mix for a long time. Now that car-makers are saying "plug-in hybrids make sense -- but..." and are putting their toes in the water, CalCars' strategies aim to expand and speed up their steps toward commercialization and prove their value and performance. Dave can help make that happen."

Dave Bagshaw said, "My first entrepreneurial experience came as co-founder of a solar and conservation engineering service company, Pacific Sun Inc. Now, after years in technology companies, I decided it was time for me to start working on something that's good for our environment. I really enjoyed my early years in the alternative energy world and I'd like to get back to making a contribution to helping to save the planet. I've been on the sidelines rooting for CalCars progress for a long time. Now I want to help CalCars motivate car-makers to starting building thousands of PHEVs for public and private fleets and early adopters. I'd also like to be first on my block to power my car from my rooftop photovoltaic solar electric system."

**CalCars-News**

This posting originally appeared at CalCars-News, our newsletter of breaking CalCars and plug-in hybrid news. View the original posting here.

Want more? Become a subscriber to CalCars-News:

Email address

Submit

Copyright © 2003-06 California Cars Initiative, an activity of the International Humanities Center | **Site Map**


EXHIBIT H
PAGE 18