```
 1  ART HASAN, CA Bar No. 167323
    art.hasan@cph.com
 2  BRIAN K. BROOKEY, CA Bar No. 149522
    brian.brookey@cph.com
 3  G. WARREN BLEEKER, CA Bar No. 210834
    warren.bleeker@cph.com
 4  CHRISTIE, PARKER & HALE, LLP
    350 West Colorado Boulevard, Suite 500
 5  Post Office Box 7068
    Pasadena, California 91109-7068
 6  Telephone: (626) 795-9900
    Facsimile: (626) 577-8800
 7
    Attorneys for Plaintiffs,
 8  CALCAR, INC. and AMERICAN CALCAR, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual,<br><br>Defendant(s). | Case No. 3:08-MC-80083 MHP (WDBx)<br><br>Underlying Civil Action Pending in U.s. District Court for the Central District of California (Civil Action Case No. SACV07-00723)<br><br>**DECLARATION OF PATRICK J. ORMÉ IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME**<br><br>**Honorable Wayne D. Brazil** |

I, Patrick J. Ormé, declare and state as follows:

1. I am an attorney with the law firm Christie, Parker & Hale, LLP , counsel for Plaintiffs in this Action, and am admitted to practice before the United States District Court for the Central District of California. I have personal knowledge of the contents of this declaration and, if called as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a June 26, 2008 email sent to Dave Bagshaw's counsel, James Pistorino, asking Mr. Pistorino to stipulate to a

1  shortening of time. Mr. Pistorino did not respond to my email by 5:00 p.m. on

3  I declare under penalty of perjury under the laws of the United States of America that
4  the foregoing is true and correct. This declaration is executed on June 26, 2008 in Pasadena,
5  California.

*[signature]*
Patrick J. Ormé

10  PJO PAS801141.1-*-06/26/08 5:03 PM

CHRISTIE, PARKER & HALE, LLP

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008 I electronically filed the document described as DECLARATION OF PATRICK J. ORMÉ IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME with the Clerk of the Court using the ECF system which will send notification of such filing to the parties. I further certify that I have served a true copy of the paper via electronic mail to the non-ECF participants as follows:

| | |
|---|---|
| William C. Rooklidge<br>HOWREY LLP<br>4 Park Plaza, Suite 1700<br>Irvine, California 92614-8557<br><br>e-mail: rooklidgew@howrey.com | James Pistornio<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA 94303<br><br>e-mail: pistorinoj@howrey.com |

                                          /s/Betty L. Venuti
                                            Betty L. Venuti

# EXHIBIT A

**Patrick J. Orme**

| | |
|---|---|
| From: | Patrick J. Orme |
| Sent: | Thursday, June 26, 2008 10:19 AM |
| To: | 'PistorinoJ@howrey.com' |
| Cc: | G. Warren Bleeker |
| Subject: | Deposition of Dave Bagshaw |

James,

As my colleague Warren Bleeker informed you in an email on June 23, Calcar, Inc. and American Calcar, Inc. (collectively "Calcar") are proceeding with a discovery motion to compel the deposition testimony of Dave Bagshaw given we have not received any available dates for his deposition. We are also moving to shorten time for briefing. In compliance with L.R. 6-3, we ask that you stipulate to following proposed deadlines:

July 3 - Any Opposition to Calcar's Motion to Compel
July 7 - Any Reply Brief by Calcar
July 9 - Court Hearing of Calcar's Motion to Compel

Please inform me by no later than 2:00 p.m. today whether you agree with the proposed dates. If I do not hear from you by that time I will assume you disagree with the proposed dates.

Regards,
Patrick J. Ormé

The information in this communication and any attached documents contain information from the law firm of Christie, Parker and Hale, LLP that may be confidential and/or privileged. If you are not the intended recipient, or an agent responsible for delivering it to the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete all electronic copies and destroy any hard copies.

EXHIBIT A
PAGE 3