**ART HASAN, CA Bar No. 167323**
art.hasan@cph.com
**BRIAN K. BROOKEY, CA Bar No. 149522**
brian.brookey@cph.com
**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiffs,
CALCAR, INC. and AMERICAN CALCAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual,<br><br>Defendant(s). | Case No. 3:08-MC-80083 MHP (WDBx)<br><br>Underlying Civil Action Pending in U.S. District Court for the Central District of California (Civil Action Case No. SACV07-00723)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME**<br><br>**Honorable Wayne D. Brazil** |

The Court, having read and considered the papers supporting and opposing the motion of Plaintiffs Calcar, Inc. and American Calcar, Inc. ("Calcar") to shorten the time for this Court to hear Plaintiffs' Motion to Compel Federal Rule of Civil Procedure 30(b)(6) testimony from third party Dave Bagshaw ("Bagshaw"), and good cause appearing,

**IT IS ORDERED**, that Calcar's motion is granted,

**IT IS FURTHER ORDERED** that Bagshaw must file and serve (by facsimile or electronic mail) any opposition to Calcar's Motion to Compel by July 3, 2008,

**IT IS FURTHER ORDERED** that Calcar must file and serve (by facsimile or electronic mail) any reply by July 7, 2008, and

-1-

1 | **IT IS FURTHER ORDERED** that this Court shall hear Plaintiffs' Motion to Compel
2 | on July 9, 2008 at _____.
3 |
4 | DATED: _____
5 | Wayne D. Brazil
    U.S. District Court Judge
6 |
7 | BLV PAS800996.1-*-06/26/08 5:55 PM

CHRISTIE, PARKER & HALE, LLP

-2-