| | |
|---|---|
| 1 | JAMES C. PISTORINO (State Bar No. 226496) |
|   | HOWREY LLP |
| 2 | 1950 University Avenue, 4th Floor |
|   | East Palo Alto, CA 94303 |
| 3 | Telephone: (650) 798-3500 |
|   | Facsimile: (650) 798-3600 |
| 4 | E-mail: PistorinoJ@howrey.com |
| 5 | WILLIAM C. ROOKLIDGE (State Bar No. 134483) |
|   | HOWREY LLP |
| 6 | 4 Park Plaza, Suite 1700 |
|   | Irvine, CA 92614-8557 |
| 7 | Telephone: (949) 721-6900 |
|   | Facsimile: (949) 721-6910 |
| 8 | E-mail: RooklidgeW@howrey.com |
| 9 | Attorneys for Defendants |
|   | THE CALIFORNIA CARS INITIATIVE, INC. |
| 10 | and FELIX KRAMER and |
|   | Third Party DAVE BAGSHAW |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual, <br><br> Defendants. | Case No. 3:08-MC-80083 MHP (WDBx) <br><br> Underlying Civil Action Pending in U.S. District Court for the Central District of California (Civil Action Case No. SACV07-00723) <br><br> **DECLARATION OF DAVE BAGSHAW IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO SHORTEN TIME** <br><br> **Honorable Wayne D. Brazil** |

HOWREY LLP

DECLARATION OF DAVE BAGSHAW IN SUPPORT OF
OPPOSITION TO PLAINTIFFS' MOTION TO SHORTEN TIME
Case No. 3:08-MC-80083 MHP (WDBx)

1  I, Dave Bagshaw, declare as follows:

2  1. I make the following declaration in support of my Opposition to Plaintiffs' Motion to Shorten Time to Respond to a Motion to Compel me to appear for a deposition. The statements set forth herein are based upon my own personal knowledge and I would testify as set forth if called as a witness at trial.

3  2. I am currently on a previously-scheduled family vacation and will not return until after the July 4th holiday.

4  3. I am the former CEO of Shutterfly and formerly also held senior positions at Silicon Graphics, Excite@Home and @ Home Networks.

5  4. I was a volunteer to The California Cars Initiative (TCCI) during the period December 2006-May 2007 and since then have not been a volunteer with TCCI.

6  5. On May 27, 2008, I was met by a process server at my home. The process server appeared flustered as he shuffled a stack of papers. Finally, the process server handed me some papers but a check was not one of them. The process server never tendered me any witness or mileage fees.

7  6. To my knowledge, TCCI has no products or goods and I have played no role in promoting these non-existent products and have no knowledge of any information related thereto. I am further unaware of any instances of confusion between Plaintiffs and TCCI. Indeed, I had never heard of Calcar, Inc. or American Calcar Inc. prior to this suit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 1, 2008

_by permission James P. Stein_
DAVE BAGSHAW

21318583

HOWREY LLP

DECLARATION OF DAVE BAGSHAW IN SUPPORT OF
OPPOSITION TO PLAINTIFFS' MOTION TO SHORTEN TIME
Case No. 3:08-MC-80083 MHP (WDBx)

1