| | |
|---|---|
| 1  JAMES C. PISTORINO (State Bar No. 226496) <br>    HOWREY LLP <br> 2  1950 University Avenue, 4th Floor <br>    East Palo Alto, CA  94303 <br> 3  Telephone:  (650) 798-3500 <br>    Facsimile:   (650) 798-3600 <br> 4  E-mail:  PistorinoJ@howrey.com <br> <br> 5  WILLIAM C. ROOKLIDGE (State Bar No. 134483) <br>    HOWREY LLP <br> 6  4 Park Plaza, Suite 1700 <br>    Irvine, CA  92614-8557 <br> 7  Telephone:  (949) 721-6900 <br>    Facsimile:   (949) 721-6910 <br> 8  E-mail:  RooklidgeW@howrey.com <br> <br> 9  Attorneys for Defendants <br>    THE CALIFORNIA CARS INITIATIVE, INC. <br>10  and FELIX KRAMER and <br>    Third Party DAVE BAGSHAW | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware corporation, <br><br>                               Plaintiffs, <br><br>        v. <br><br> THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual, <br><br>                               Defendants. | Case No. 3:08-MC-80083 MHP (WDBx) <br><br> Underlying Civil Action Pending in U.S. District Court for the Central District of California (Civil Action Case No. SACV07-00723) <br><br> **DECLARATION OF RON GREMBAN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO SHORTEN TIME** <br><br> **Honorable Wayne D. Brazil** |

**HOWREY LLP**

DECLARATION OF RON GREMBAN IN SUPPORT OF
OPPOSITION TO PLAINTIFFS' OPPOSITION TO SHORTEN TIME
Case No. 3:08-MC-80083 MHP (WDBx)

I, Ronald Gremban, declare as follows:

1. I make the following declaration in support of the Opposition to Plaintiffs' Motion to Shorten Time to Respond to a Motion to Compel Dave Bagshaw to appear for a deposition. The statements set forth herein are based upon my own personal knowledge (except where indicated) and I would testify as set forth if called as a witness at trial.

2. I have a Bachelors of Science in Engineering which I received from the California Institute of Technology in 1969. I am a volunteer at and consultant to The California Cars Initiative (TCCI) and I work with that group to promote the plug-in electric hybrid vehicles (PHEVs).

3. On June 19, 2008, I appeared for my deposition in the underlying case. I was deposed by Plaintiffs' counsel, Mr. Warren Bleeker. During the deposition, Mr. Bleeker laughed at me when, in response to one of his questions, I asked him what he meant by "type" of computer program. I felt that this conduct was disrespectful.

4. During the deposition, I identified Ms. Lynn McAllister as both the office manager of ForSites, Inc. (a company I founded) and my girlfriend. I understand that counsel for Plaintiffs have taken to referring to Ms. Lynne McAlister in a derogatory way as my "paramour." I find counsel's reference personally offensive, abusive, and obnoxious, and I object to it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 1, 2008

_____
RONALD GREMBAN