1  JAMES C. PISTORINO (State Bar No. 226496)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, CA 94303
3  Telephone: (650) 798-3500
   Facsimile: (650) 798-3600
4  E-mail: PistorinoJ@howrey.com

5  Attorneys for Third Party DAVE BAGSHAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an individual,<br><br>Defendants. | Case No. 3:08-MC-80083 MHP (WDBx)<br><br>Underlying Civil Action Pending in U.S. District Court for the Central District of California (Civil Action Case No. SACV07-00723)<br><br>**DECLARATION OF DAVE BAGSHAW IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEPOSITION TESTIMONY**<br><br>Date:         August 6, 2008<br>Time:        4:00 p.m.<br>Courtroom: 4, 3rd Floor<br><br>**Honorable Wayne D. Brazil** |

**HOWREY LLP**

DECLARATION OF DAVE BAGSHAW IN SUPPORT OF
OPPOSITION TO MOTION TO COMPEL DEPOSITION TESTIMONY
Case No. 3:08-MC-80083 MHP (WDBx)

I, Dave Bagshaw, declare as follows:

1. I make the following declaration in support of my Opposition to Plaintiffs' Motion to Compel me to appear for a deposition. The statements set forth herein are based upon my own personal knowledge and I would testify as set forth if called as a witness at trial.

2. I am the former CEO of Shutterfly and formerly also held senior positions at Silicon Graphics, Excite@Home and @ Home Networks.

3. I was a volunteer to The California Cars Initiative (TCCI) during the period December 2006-July 2007 and since then have not been a volunteer with TCCI.

4. On May 27, 2008, I was met by a process server at my home. The process server appeared flustered as he shuffled a stack of papers. Finally, the process server handed me some papers but a check was not one of them. The process server never tendered me any witness or mileage fees.

5. To my knowledge, TCCI has no products or goods and I have played no role in promoting these non-existent products and have no knowledge of any information related thereto. I am further unaware of any instances of confusion between Plaintiffs and TCCI. Indeed, I don't recall having heard of Calcar, Inc. or American Calcar Inc. prior to this suit.

6. I understand that Plaintiffs are the assignee of a patent related to controlling air conditioning in cars. In the brief period that I volunteered for TCCI, I never observed or otherwise had any involvement with anything similar to that. Instead, TCCI's advocacy work related to PHEVs.

7. I have previously scheduled personal travel from August 10 through August 17, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 15, 2008

_____
DAVE BAGSHAW

21342599

HOWREY LLP

DECLARATION OF DAVE BAGSHAW IN SUPPORT OF
OPPOSITION TO MOTION TO COMPEL DEPOSITION TESTIMONY
Case No. 3:08-MC-80083 MHP (WDBx)

1