1  JAMES C. PISTORINO (State Bar No. 226496)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, CA 94303
3  Telephone: (650) 798-3500
   Facsimile: (650) 798-3600
4  E-mail: PistorinoJ@howrey.com

5  WILLIAM C. ROOKLIDGE (State Bar No. 134483)
   HOWREY LLP
6  4 Park Plaza, Suite 1700
   Irvine, CA 92614-8557
7  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
8  E-mail: RooklidgeW@howrey.com

9  Attorneys for Defendants
   THE CALIFORNIA CARS INITIATIVE, INC.
10 and FELIX KRAMER and
   Third Party DAVE BAGSHAW

11

12                UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  CALCAR, INC., a California corporation; and AMERICAN CALCAR, INC., a Delaware | Case No. 3:08-MC-80083 MHP (WDBx) |
| 17  corporation, | Underlying Civil Action Pending in U.S. District Court for the Central District of California (Civil Action Case No. SACV07-00723) |
| 18              Plaintiffs, | |
| 19        v. | **AMENDED DECLARATION OF DAVE BAGSHAW IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO SHORTEN TIME** |
| 20  THE CALIFORNIA CARS INITIATIVE, INC., an unknown business entity; and FELIX KRAMER, an | |
| 21  individual, | |
| 22              Defendants. | **Honorable Wayne D. Brazil** |

23

24

25

26

27

28

**HOWREY LLP**

AMENDED DECLARATION OF DAVE BAGSHAW IN SUPPORT
OF OPPOSITION TO PLAINTIFFS' MOTION TO SHORTEN TIME
Case No. 3:08-MC-80083 MHP (WDBx)

I, Dave Bagshaw, declare as follows:

1. I make the following declaration in support of my Opposition to Plaintiffs' Motion to Shorten Time to Respond to a Motion to Compel me to appear for a deposition. The statements set forth herein are based upon my own personal knowledge and I would testify as set forth if called as a witness at trial.

2. I am currently on a previously-scheduled family vacation and will not return until after the July 4th holiday.

3. I am the former CEO of Shutterfly and formerly also held senior positions at Silicon Graphics, Excite@Home and @ Home Networks.

4. I was a volunteer to The California Cars Initiative (TCCI) during the period December 2006-July 2007 and since then have not been a volunteer with TCCI.

5. On May 27, 2008, I was met by a process server at my home. The process server appeared flustered as he shuffled a stack of papers. Finally, the process server handed me some papers but a check was not one of them. The process server never tendered me any witness or mileage fees.

6. To my knowledge, TCCI has no products or goods and I have played no role in promoting these non-existent products and have no knowledge of any information related thereto. I am further unaware of any instances of confusion between Plaintiffs and TCCI. Indeed, I don't recall having heard of Calcar, Inc. or American Calcar Inc. prior to this suit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 1, 2008

_____
DAVE BAGSHAW

21318583

HOWREY LLP

DECLARATION OF DAVE BAGSHAW IN SUPPORT OF
OPPOSITION TO PLAINTIFFS' MOTION TO SHORTEN TIME
Case No. 3:08-MC-80083 MHP (WDBx)

1