UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: August 6, 2008                Start Time: 4:00 p.m.   End Time: 4:45 p.m.

<u>DOCKET NO.</u>        C 08-mc-80083 MHP (WDB)
<u>TITLE OF CASE</u>    *Calcar, Inc. v. the California Cars Initiative*

<u>ATTORNEY(S)</u>      For Plaintiff:   Brian Brookey, Esq.

                   For Third Party, Mr. Bagshaw:   James Pistorino, Esq.; James R. Cady, Esq.

<u>TAPE NO.</u>: FTR 8/6/08 4:00 p.m.   (X) In Person  ( X ) Telephonic

PROCEEDINGS

[] INITIAL STATUS CONFERENCE            [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE          [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)           [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE            [X] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)   [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)      [] EVIDENTIARY HEARING
[] OTHER:

ORDER TO BE PREPARED BY:  () Plaintiff   () Defendant   (x) Court

**NOTES**

Court heard argument on Plaintiff's Motion to Compel Deposition Testimony of Dave Bagshaw. See later-filed separate order.

1